*DEBTOR NAME:*
*GRACINDA BENTO CARDOSO*

**FILED**

JUN 28 2017

CLERK U.S. BANKRUPTCY.
ORLANDO DIVISION

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

WILLIAM A. EADIE.

      PLAINTIFF

v.

GRACINDA BENTO CARDOSO.

      DEFENDANT

— — — — — — — — — —

Case No: *6:15-bk-06357-RAC*

Chapter 7

*ADVERSARY PROCEEDING #*

---

### ADVERSARY COMPLAINT TO REVOKE A DISCHARGE

William A. Eadie. the Plaintiff in the above listed matter (the "PLAINTIFF"). files this

ADVERSARY COMPLAINT TO REVOKE A DISCHARGE of Gracinda Bento Cardoso (the

"DEFENDANT") *pro se.* and alleges:

    1.    On July 23. 2015. (the "Petition Date"). the DEFENDANT filed a voluntary petition

under chapter 7 of the Bankruptcy Code.

    2.    On the Petition Date. the DEFENDANT completed the Schedules and Statement of

Financial Affairs. signed under penalties of perjury.

    3.    On May 9. 2017. PLAINTIFF filed a MOTION TO REOPEN A CHAPTER 7 CASE

TO FILE AN ADVERSARY COMPLAINT TO REVOKE A DISCHARGE.

    4.    On June 1. 2017. the Court granted the MOTION TO REOPEN A CHAPTER 7

CASE TO FILE AN ADVERSARY COMPLAINT TO REOKE A DISCHARGE filed by

PLAINTIFF. attached hereto and incorporated herein as Exhibit 1.

5.     DEFENDANT filed a voluntary petition under chapter 7 of the Bankruptcy Code to stop the execution of a Sheriff's levy on DEFENDANT'S property by PLAINTIFF's use of the full faith and credit of a valid and enforceable State of Florida judgment and its lawful use to obtain assets as partial satisfaction of judgment.

6.     DEFENDANT made a false oath or account, presented or used a false claim, received, or attempted to obtain, money, property, or advantage for acting or forbearing to act, withheld recorded information including books, documents, records, and papers relating to the debtor's property or financial affairs, failed to explain satisfactorily before determination of denial of discharge, any loss or deficiency of assets to meet debtor's liabilities and has refused to obey a lawful order of the court.

## I.     FAILURE TO DISCLOSE ALL OTHER NAMES USED BY DEFENDANT IN THE LAST 8 YEARS (INCLUDING MARRIED, MAIDEN, AND TRADE NAMES)

7.     DEFENDANT knowingly and willfully falsified the Schedules and Statement of Financial Affairs on the Petition Date to conceal a trade name in the ALL OTHER NAMES USED BY DEBTOR IN THE LAST 8 YEARS (INCLUDING MARRIED, MAIDEN AND TRADE NAMES) section.

8.     The undisclosed trade name RIO RIVERS has been used by DEFENDANT as an adult entertainer at adult entertainment clubs and in published adult content media since 1992. (Exhibit 2)

9.     DEFENDANT has continuously used the undisclosed trade name RIO RIVERS during the last eight years to produce nude contests for strippers and other women in the adult entertainment industry at adult entertainment venues. (Exhibit 3)

10.    On June 18, 2013, DEFENDANT was deposed in the unrelated United States Patent and Trademark Office (the "OFFICE"), Trademark Trial and Appeal Board (the "BOARD") matter No. 91206024, Miss World Limited, Opposer v. The Worlds Pageants LLC, Applicant. (Exhibit 4, Cover page and  Page 1)

11.    DEFENDANT was asked *"Do you use any other name, personally, in your business?"*. DEFENDANT replied *"Well, my name is Rio Rivers, in my business."* (Exhibits 4 & 5, Page 7, lines 22 & 23 and Page 8, line 1)

## II.    FAILURE TO DISCLOSE NATURE OF BUSINESS

12.    DEFENDANT knowingly and willfully falsified the Schedules and Statement of Financial Affairs on the Petition Date to conceal the nature of DEFENDANT's business in the NATURE OF BUSINESS section.

13.    DEFENDANT omitted selecting "Other" when instructed to "Check One Box" in the NATURE OF BUSINESS section to conceal the conveyance of assets.

14.    DEFENDANT concealed the use of (i) the undisclosed trade name RIO RIVERS, (ii) five (5) undisclosed business entities solely owned by DEFENDANT, more fully described in IV, and (iii) Federal Trademark Registrations (the "Trademarks") issued by the OFFICE to DEFENDANT's undisclosed business entities, more fully described in VI.

15.    DEFENDANT conveyed the Trademarks issued by the OFFICE by filing three (3) Trademark Assignment Agreements (the "Assignment Agreement").

16.    The first Assignment Agreement conveyed the Trademarks from DEFENDANT's first undisclosed business entity **R&D Promotions, Inc.** ("R&D") to the **DEFENDANT**, more

fully described in VI. (Exhibit 6)

17.    The second Assignment Agreement conveyed the Trademarks from the

**DEFENDANT** to her second undisclosed business entity **The Worlds Pageants, LLC** ("TWP-

FL"), more fully described in VI. (Exhibit 7)

18.    The third Assignment Agreement conveyed the Trademarks from DEFENDANT's

second undisclosed business entity **TWP-FL** to DEFENDANT's fourth undisclosed business

entity **Camila Productions Ltd** ("CPL"), more fully described in IV. (Exhibit 8)

19.    DEBTOR'S fourth undisclosed business entity **CPL** next conveyed the Trademarks

to DEFENDANT's fifth undisclosed business entity **The Worlds Pageant's** ("TWP"), as an

unrecorded Trademark Assignment. (Exhibit 3)

## III.    FAILURE TO DISCLOSE THE
## NATURE OF DEBTS AS PRIMARILY BUSINESS DEBTS

20.    DEFENDANT knowingly and willfully falsified the Schedules and Statements of

Financial Affairs on the Petition Date to conceal debts that are primarily, if not entirely, business

debts in the NATURE OF DEBTS section.

21.    Two (2) debts disclosed in SCHEDULE F - CREDITORS HOLDING UNSECURED

NONPRIORITY CLAIMS are business debts incurred by DEFENDANT's first undisclosed

business entity R&D, which DEFENDANT is the sole shareholder and President. (Exhibit 9)

22.    The first debt is identified as **Brian Bell v. R&D Promotions, Inc.**, a debt now owed

to PLAINTIFF.

23.    On August 22, 2011, Brian Bell (the "CREDITOR") as assignor and PLAINTIFF as

assignee, executed an Assignment of Final Judgment.

24.    The current amount owed by DEFENDANT to PLAINTIFF as of July 1, 2017, is Fifty Eight Thousand Nine Hundred and Nineteen Dollars and Thirty-Six Cents ($58,919.36), identified by DEFENDANT as $26,000.00 on Page 8 of 16.

25.    The second debt is identified as **Brown and Michaels v. Gracinda B. Cardoso**.

26.    The second debt is a business debt owed by DEFENDANT's first undisclosed business entity R&D and DEFENDANT as guarantor, for trademark services rendered by DEFENDANT's prior law firm.

27.    The debt owed by DEFENDANT as guarantor to **Brown and Michaels** is identified as Eighty Thousand Dollars and no cents ($80,000.00) on Page 9 of 16.

28.    The business debts owed by DEFENDANT in the matters of **Brian Bell v. R&D Promotions, Inc.** and **Brown and Michaels v. Gracinda B. Cardoso** are identified to be $26,000.00 and $80,000.00 respectively.

29.    Collectively, the two (2) business debts total $106,000.00, representing all but $24,470.00 of the total debt to be discharged, affirmed by DEFENDANT to be $130,470.00.

## IV.    FAILURE TO DISCLOSE NATURE, LOCATION AND NAME OF BUSINESS IN STATEMENT OF FINANCIAL AFFAIRS, BOOKS, RECORDS, FINANCIAL STATEMENTS AND TAX CONSOLIDATION GROUP.

30.    DEFENDANT knowingly and willfully falsified the Schedules and Statement of Financial Affairs on the Petition Date to conceal five (5) undisclosed business entities solely owned by DEFENDANT in the NATURE, LOCATION AND NAME OF BUSINESS IN

STATEMENT OF FINANCIAL AFFAIRS, BOOKS, RECORDS, FINANCIAL STATEMENTS and TAX CONSOLIDATION GROUP sections.

31.    DEFENDANT is or had been the sole owner and President or Managing Member of five (5) undisclosed business entities within six (6) years immediately proceeding the filing of the Schedules and Statement of Financial Affairs on the Petition Date.

32.    First, DEFENDANT was the sole shareholder and President of her first undisclosed business entity R&D, a State of Florida corporation administratively dissolved by the Florida Department of State, Division of Corporations on September 16, 2005, and never reinstated. (Exhibit 9)

33.    Although DEFENDANT's first undisclosed business entity R&D was administratively dissolved by The Florida Department of State, Division of Corporations on September 16, 2005 and never reinstated. DEFENDANT continued to intentionally misrepresent her defunct business entity R&D to be the owner of the Trademarks issued by the OFFICE for six (6) more years, until September 27, 2011. (Exhibits 6, 9 & 10)

34.    Second, DEFENDANT was the sole owner and Managing Member of her second undisclosed business entity TWP-FL, a State of Florida limited liability company. (Exhibit 11)

35.    DEFENDANT's second undisclosed business entity TWP-FL was (i) administratively dissolved by The Florida Department of State, Division of Corporations on September 24, 2010, (ii) reinstated by the DEFENDANT filing a 2011 Limited Liability Company Reinstatement on September 26, 2011, and (iii) again administratively dissolved by

The Florida Department of State, Division of Corporations on September 27, 2013, and never reinstated. (Exhibits 11 & 12)

36.    DEFENDANT filed a knowingly fraudulent 2011 Limited Liability Company Reinstatement with The Florida Department of State, Division of Corporations, by affirming a "straw man" named John Witges ("WITGES") to be the Managing Member of DEFENDANT's second undisclosed business entity TWP-FL on September 26, 2011. (Exhibit 12)

37.    DEFENDANT's knowingly fraudulent action concealed the fact that DEFENDANT *is and has always been* the sole owner and Managing Member of her second undisclosed business entity TWP-FL since its inception, yet intentionally prevented the seizure of the Trademarks as partial satisfaction of judgment issued on April 1, 2005, more fully described in VI. (Exhibit 12)

38.    On June 18, 2013, DEFENDANT testified under oath in the unrelated BOARD matter No. 91206024, Miss World Limited, Opposer v. The Worlds Pageants LLC, Applicant, wherein DEFENDANT affirmed that (i) DEFENDANT, not WITGES, is the sole owner and Managing Member of DEFENDANT's second undisclosed business entity TWP-FL and that (ii) WITGES is not an owner of TWP-FL. (Exhibits 4 & 13, Page 19, lines 5-15)

39.    DEFENDANT filed a knowingly fraudulent 2011 Limited Liability Company Reinstatement by attesting FEI NUMBER NOT APPLICABLE as the Registered Agent. (Exhibit 12)

40.    Third, DEFENDANT was the sole owner and Managing Member of her third undisclosed business entity **The Worlds Pageants LLC** ("TWP-NH"), a State of New Hampshire limited liability company using the identical name as her second undisclosed business

entity TWP-FL, minus the comma. (Exhibit 14)

41.   DEFENDANT's third undisclosed business entity TWP-NH was formed on January 23, 2012, and voluntarily dissolved by the DEFENDANT eight (8) months later on September 19, 2012, when the DEFENDANT filed a Certificate of Cancellation of New Hampshire Limit Liability Company. (Exhibits 14 & 15)

42.   Fourth, DEFENDANT is the sole shareholder and President of her fourth undisclosed business entity CPL, a State of New Hampshire corporation. (Exhibit 16)

43.   Fifth, DEFENDANT, using her undisclosed trade name RIO RIVERS, is identified in her fifth undisclosed business entity TWP, using the identical name as her second defunct entity TWP-FL and her third defunct entity TWP-NH, now with an apostrophe. (Exhibit 3)

44.   Although the Registration State and type of entity are unknown, the use of DEFENDANT's fifth undisclosed business entity TWP is confirmed by The Annual Gentlemen's Club Expo's published 2015 Official Program Guide held in New Orleans, Louisiana from August 23-26, 2015. (Exhibit 3)

45.   DEFENDANT further affirmed her knowingly fraudulent disclosure of the (i) Verification of Creditor Matrix on Page 14 of 16, (ii) Summary of Schedules on Page 1 of 27, (iii) Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) on Page 2 of 27, (iv) SCHEDULE A - REAL PROPERTY on Page 3 of 27, (v) SCHEDULE B - PERSONAL PROPERTY on Page 5 & 6 of 27, (vi) SCHEDULE C - PROPERTY CLAIMED AS EXEMPT on Page 7 of 27, (vii) Official Form B61, Schedule 1: Your Income Part 1& Part 2 on Pages 10 & 11 of 27, (viii) Official Form B 6J: Your Expenses, Part 2 on Pages 12 & 13 of 27, and Statement of Financial Affairs, (ix) Item 1. Income from employment or operation of business,

(xi) Item 2. Income other than from employment or operation of business. (x) Item 3. Section b. Payment to creditors. (xi) Item 4. Suits and administrative proceedings, executions, garnishments and attachments. (xii) Item 7. Gifts. (xiii) Item 15. Prior address of debtor. (xiv) Item 20. Inventories. (xv) and  21. Current Partners, Officers, Directors and Shareholders on Pages 15-21 of 27, signed under penalties of perjury.

## V.    FAILUE TO DISCLOSE THE FAIR
## MARKET VALUE IN SCHEDULE A - REAL PROPERTY

46.    DEFENDANT knowingly and willfully falsified the Schedules and Statement of Financial Affairs on the Petition Date to conceal the fair market value of the house identified in the SCHEDULE A - REAL PROPERTY.

47.    DEFENDANT affirmed to a knowingly understated fair market value for the house located at 1473 Heather Way, Kissimmee, Florida 34744 in Osceola County, as confirmed by comparative values of similar neighboring houses identified by the records of the Clerk of the Court for Osceola County, Florida.

48.    PLAINTIFF checked the (i) fair market value of the house and (ii) the validity of both questionable mortgage liens prior to the execution of the Sheriff's levy prior to the use of the full faith and credit of a valid  and enforceable State of Florida judgment and its lawful use to obtain assets as partial satisfaction of judgment.

## VI.    FAILURE TO DISCLOSE PATENTS, COPYRIGHTS, AND OTHER
## INTELLECTUAL PROPERTY IN SCHEDULE B - PERSONAL PROPERTY

49.    DEFENDANT knowingly and willfully falsified the Schedules and Statement of Financial Affairs on the Petition Date to conceal the use of TRADEMARKS issued by the

OFFICE in the PATENTS, COPYRIGHTS, AND OTHER OTHER INTELLECTUAL

PROPERTY IN SCHEDULE B - PERSONAL PROPERTY section.

50.    DEFENDANT, as RIO RIVERS, produces nude contests for strippers at adult

entertainment venues by using TRADEMARKS issued by the OFFICE including:

| | | |
|---|---|---|
| Miss Nude International | Miss Nude USA | Miss Erotic |
| Miss Nude World | Miss Nude World International | Miss NudeExotic |
| Miss Nude Universe | North American Centerfold Search | Miss Exotic |
| Miss Nude Southern USA | Miss Exotic Gulf Coast | Miss Exotic Dancer |
| Miss Exotic Dancer USA | American Centerfold Search | |

(Exhibit 3)

51.    On April 1, 2005, The Circuit Court for the Sixth Judicial Circuit In and For Pinellas

County, Florida awarded a judgment in the amount of Twenty-Five Thousand Seven Hundred

Ninety Dollars and Ninety Six Cents ($25,790.96) against DEFENDANT's first undisclosed

business entity R&D and the DEFENDANT, as guarantor. (Exhibit 17)

52.    On September 16, 2005, DEFENDANT intentionally caused her first undisclosed

business entity R&D to be administratively dissolved by The Florida Department of State,

Division of Corporations and never reinstated, thereby circumventing the TRADEMARKS from

being seized as partial satisfaction of the judgement. (Exhibit 9 & 17)

53.    DEFENDANT failed to notify the OFFICE of the dissolution of her first undisclosed

business entity R&D to which the TRADEMARKS were issued.

54.    On May 5, 2009, DEFENDANT formed her second undisclosed business entity

TWP-FL. (Exhibit 11)

55.    Eight days later, DEFENDANT caused a "demand to cease and desist" letter to be

sent to PLAINTIFF'S business from her first entity R&D, irrefutably known by DEFENDANT to be defunct for six (6) years, since September 16, 2005. (Exhibits 9 & 10)

56.    The letter attested *"R&D is the registered owner of record for the U.S. Trademark Registration No. 203˜202 for the Miss Nude International trademark"* and *"holds extensive trademark rights in **numerous other related marks.** "* (Exhibit 10)

57.    On **Thursday**, September 22, 2011, PLAINTIFF filed a SECTION 7 REQUEST with the OFFICE to seize the *Miss Nude International* mark from DEFENDANT's first undisclosed business entity R&D by the use of the valid and enforceable State of Florida judgment and its lawful use to obtain assets as partial satisfaction of judgment. (Exhibit 18)

58.    On **Friday**, September 23, 2011, PLAINTIFF filed a second SECTION 7 REQUEST with the OFFICE to seize the *Miss Nude World* trademark from DEFENDANT's first undisclosed business entity R&D by the use of a valid and enforceable State of Florida judgment and its lawful use to obtain assets as partial satisfaction of judgment. (Exhibit 19)

59.    On **Monday**, September 26, 2011, DEFENDANT reinstated her second undisclosed business entity TWP-FL by filing a fraudulent 2011 Limited Liability Company Reinstatement with the The Florida Department of State, Division of Corporations. (Exhibit 12)

60.    On **Tuesday**, September 27, 2011, DEFENDANT executed and caused copies of her first and second knowingly fraudulent *nunc pro tunc* ASSIGNMENT AGREEMENTS to be filed with the BOARD.

61.    DEFENDANT's first fraudulent *nunc pro tunc* assignment agreement purported to transfer the trademarks from her first undisclosed business entity **R&D**, *defunct since September 16, 2005,* to the **DEFENDANT**, *backdated to March 31, 2003,* (Exhibit 6)

62. Contemporaneously, DEFENDANT's second fraudulent *nunc pro tunc* assignment agreement purported to transfer the trademarks from the **DEFENDANT** to her second undisclosed business entity **TWP-FL**, *backdated to May 6, 2009.*

63. DEFENDANT's second fraudulent *nunc pro tunc* assignment agreement was *backdated to May 6, 2009,* one day after her second undisclosed business entity TWP-FL was formed, *on May 5, 2009.* (Exhibit 7)

64. On June 21, 2012, the BOARD responded to PLAINTIFF's MOTION TO STRIKE NUNC PRO TUNC ASSIGNMENTS, ordering *"the copies of opposer's (DEFENDANT) assignment documents that opposer filed with the BOARD on September 27, 2011 **will receive no consideration**."* (Exhibit 20)

65. Three (3) months later, on September 19, 2012, DEFENDANT executed and caused copies of her third fraudulent assignment agreement to be filed with the OFFICE, purporting to transfer the trademarks from her second undisclosed business entity **TWP-FL** to her fourth undisclosed business entity **CPL**, *created earlier the same day.* (Exhibits 8 & 16)

66. DEFENDANT executed and caused copies of DEFENDANT's third fraudulent assignment agreement to be filed with the OFFICE, not the BOARD, despite the fact that three months earlier, the BOARD ordered the first and second assignment documents filed with the BOARD on September 27, 2011, will receive no consideration. (Exhibit 20)

67. DEFENDANT's reprehensible misuse of Federal Trademark Registrations issued by the United States Patent and Trademark Office is unethical and unfair.

68. DEFENDANT knowingly and willfully falsified, concealed or covered up, by trick, scheme or devise, a material fact; made materially false, fictitious, or fraudulent statements or

representations; or made or used false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry in violation of U.S.C. §1001.

WHEREFORE, PLAINTIFF respectfully requests that the Court grants this Adversary Complaint to Revoke a Discharge and all remedies available by the Court.

Respectfully submitted.

William A. Eadie, *pro se*                     Signed on June **28**, 2017
Plaintiff
63 Bristol Lane
Palm Coast, FL 32137
(772) 905-7878

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILLIAM A. EADIE,                                    Case No: 6:15-bk-06359-RAC
           Creditor                     Chapter 7

v.

GRACINDA BENTO CARDOSO,
           Debtor

_____

## MOTION TO REOPEN A CHAPTER 7 CASE TO FILE
## AN ADVERSARY COMPLAINT TO REVOKE A DISCHARGE

William A. Eadie, an unsecured creditor in the above listed matter (the "CREDITOR"),

files this MOTION TO REOPEN A CHAPTER 7 CASE TO FILE AN ADVERSARY

COMPLAINT TO REVOKE THE DISCHARGE of Gracinda Bento Cardoso (the "DEBTOR")

*pro se*, and alleges:

1.     On July 23, 2015, (the "Petition Date"), the DEBTOR filed a voluntary petition

under chapter 7 of the Bankruptcy Code.

2.     The United States Trustee appointed Marie E. Henkel ("HENKEL") to serve as

chapter 7 trustee.

3.     On the Petition Date, DEBTOR completed the Schedules and Statement of Financial

Affairs, signed under penalties of perjury.

4.     On  September 8, 2015, the chapter 7 trustee conducted and concluded the meeting of

creditors.

5.     The deadline for filing a complaint objecting to discharge was October 26, 2015.

6.     The discharge was entered on May 25, 2016.

1

*EXH # 1*

7. Subsequent to May 25, 2016, CREDITOR learned of facts given rise to this complaint.

8. CREDITOR has standing to bring this action pursuant to 11 U.S. Code § 727 (4).

9. CREDITOR alleges DEBTOR knowingly and intentionally filed a fraudulent Schedules and Statement of Financial Affairs on the Petition Date.

## I. FAILURE TO DISCLOSE ALL OTHER NAMES USED BY DEBTOR IN THE LAST 8 YEARS (INCLUDE MARRIED, MAIDEN, AND TRADE NAMES)

10. DEBTOR intentionally filed a knowingly fraudulently disclosure to the use of a TRADE NAME by omission.

11. DEBTOR had used the undisclosed trade name "RIO RIVERS" as an adult entertainer at adult entertainment clubs and in published adult content media.

12. During the last eight years, DEBTOR has continuously used her undisclosed trade name RIO RIVERS to produce nude contests for strippers and other women in the adult entertainment industry at adult entertainment venues.

13. On August 25, 2015, CREDITOR appeared for the scheduled Meeting of Creditors before the TRUSTEE at 10:00 AM at the George C. Young Courthouse, Suite 1202-A, 400 West Washington Street, Orlando FL 32801.

14. CREDITOR was informed by TRUSTEE that DEBTOR had telephoned earlier that morning to declare she was unable to attend the noticed Meeting of Creditors.

15. DEBTOR was unable to attend the noticed Meeting of Creditors because DEBTOR, using her undisclosed trade name RIO RIVERS, was conducting contests for strippers at adult venues during **THE ANNUAL GENTLEMEN'S CLUB EXPO** in New Orleans, Louisiana.

16.     This fact is irrefutably confirmed by **The ANNUAL GENTLEMEN'S CLUB EXPO's** published **2015 Official Program Guide**.

17.     The **2015 Official Program Guide** further confirms the contests being conducted by DEBTOR as RIO RIVERS, included the use of trademarks issued by The United States Patent and Trademark Office (the "OFFICE") to DEBTOR's first of five undisclosed business entities, R&D Promotions, Inc. ("R&D").

18.     Listed below are the trademarks issued by the OFFICE to DEBTOR's entity R&D:

| | | |
|---|---|---|
| Miss Nude International | Miss Nude USA | Miss Erotic |
| Miss Nude World | Miss Nude World International | Miss NudeExotic |
| Miss Nude Universe | North American Centerfold Search | Miss Exotic |
| Miss Nude Southern USA | Miss Exotic Gulf Coast | Miss Exotic Dancer |
| Miss Exotic Dancer USA | American Centerfold Search | |

19.     On June 18, 2013, DEBTOR was deposed in the **Deposition of Gracinda Bento Cardoso** conducted by Patricia Hatry, Esq. of Davis & Gilbert LLP ("HATRY"), in the United States Patent and Trademark Office, Trademark Trial and Appeal Board (the "BOARD") matter **No. 91206024, Miss World Limited, Opposer v. The Worlds Pageants LLC, Applicant.**

20.     HATRY asked DEBTOR *"Do you use any other name, personally, in your business?"* to which DEBTOR replied *"Well, my name is Rio Rivers, in my business."*

21.     DEBTOR issued this sworn testimony on June 18, 2013, two years before DEBTOR filed her knowingly fraudulent Schedules and Statement of Financial Affairs on the Petition Date, July 23, 2015.

22.     DEBTOR intentionally filed a knowingly fraudulently disclosure to the use of a TRADE NAME by omission although mandated, a fact undeniably known by DEBTOR.

## II.    FAILURE TO DISCLOSE NATURE OF BUSINESS

23.    DEBTOR intentionally filed a knowingly fraudulently disclosure to the NATURE OF BUSINESS by omission.

24.    DEBTOR failed to mark the selection "other" when instructed to <u>Check one box</u> in the NATURE OF BUSINESS section.

25.    DEBTOR intentionally filed a knowingly fraudulent disclosure to the NATURE OF BUSINESS by omission to conceal the fact that DEBTOR, as RIO RIVERS, produces nude contests for strippers and other women in the adult entertainment industry at adult entertainment venues.

26.    Further, DEBTOR failed to disclose five business entities owned by DEBTOR to produce the nude contests, more fully described in **IV.  FAILURE TO DISCLOSE NATURE, LOCATION AND NAME OF BUSINESS IN STATEMENT OF FINANCIAL AFFAIRS** and **VI.  FAILURE TO DISCLOSE PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY IN SCHEDULE B - PERSONAL PROPERTY**.

27.    DEBTOR intentionally filed a knowingly fraudulently disclosure to the NATURE OF BUSINESS by omission although mandated, a fact undeniably known by DEBTOR

## III.    FAILURE TO DISCLOSE THE NATURE OF DEBTS AS PRIMARILYY BUSINESS DEBTS.

28.    DEBTOR intentionally filed a knowingly fraudulently disclosure attesting the NATURE OF DEBTS ARE PRIMARILY CONSUMER DEBTS.

29.    DEBTOR fraudulently attested two debts listed in <u>Schedule E - Creditors Holding Unsecured Nonpriority Claims</u> are primarily consumer debts when, in fact, the NATURE OF

DEBTS ARE PRIMARILY BUSINESS DEBTS incurred by DEBTOR's entity R&D, of which DEBTOR was the sole owner and President, a fact undeniably known by DEBTOR.

30.    The first debt identifies that DEBTOR's entity R&D borrowed the sum of Twenty Thousand Dollars from Brian Bell an individual ("BELL") on January 22, 2004, identified in Schedule F - Creditors holding unsecured non priority claims.

31.    The loan document identifies DEBTOR's entity R&D is the borrower, requiring R&D to pledged all business assets, including the trademarks issued by the OFFICE to R&D, as collateral to secured the loan.

32.    DEBTOR executed the loan document as President of R&D and guarantor.

33.    R&D never repaid the loan to BELL.

34.    On April 1, 2005, The Circuit Court for the Sixth Judicial Circuit In and For Pinellas County, Florida awarded a judgment in favor of BELL in the amount of Twenty Five Thousand Seven Hundred Ninety Dollars and Ninety Six Cents ($25,790.96) against R&D and DEBTOR as guarantor.

35.    BELL was unable to collect the judgment amount from DEBTOR R&D or DEBTOR.

36.    DEBTOR then caused DEBTOR R&D to be administratively dissolved by The Florida Department of State, Division of Corporations and never reinstated, on September 16, 2005, four months after BELL was awarded the judgment.

37.    Six years later, on August 22, 2011, BELL as assignor and William Eadie an individual, as assignee (the "CREDITOR") executed an Assignment of Final Judgment.

38.    On August 26, 2011, CREDITOR recorded the Assignment of Final Judgment document and a certified copy of the order issued by The Circuit Court for the Sixth Judicial

Circuit In and For Pinellas County, Florida with The Clerk for Osceola County, Florida. Both DEBTOR R&D and DEBTOR were located in Osceola County, Florida on that date.

39.    CREDITOR next recorded the Assignment of Final Judgment document and a certified copy of the order issued by The Circuit Court for the Sixth Judicial Circuit In and For Pinellas County, Florida with the State of Florida. CREDITOR was issued an Electronic Judgment Lien Certificate and the Judgment Lien Certificate from the State of Florida.

40.    DEBTOR irrefutably knew that CREDITOR, not BELL, was the assignee of the judgment Brian Bell v. R&D Promotions, Inc. since August 22, 2011, yet fraudulently attested the debt was primarily consumer debts, more fully described in VI. FAILURE TO DISCLOSE PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY IN SCHEDULE B - PERSONAL PROPERTY.

41.    The current amount owed by DEBTOR to CREDITOR is in excess of $58,000.00, disclosed as $26,000.00 on Page 8 of 16.

42.    Next, the second debt Brown and Michaels v. Gracinda B. Cardoso, as guarantor of her entity R&D, knowingly and intentionally falsified the debt as primarily consumer debts when in fact, it is was primarily a business debt.

43.    DEBTOR's first entity R&D was represented by the law firm of BROWN AND MICHAELS. Payments owed for services rendered to R&D were primarily business debts.

44.    DEBTOR falsely attested the debt to Brown and Michaels v. Gracinda B. Cardoso as guarantor, was primarily consumer debts, when it was clearly a business debt.

45.    The debt owed to BROWN AND MICHAELS for services rendered to DEBTOR's entity R&D is disclosed as $80,000.00, on Page 9 of 16.

6

46.  DEBTOR knowingly and intentionally falsified the STATEMENT OF FINANCIAL AFFAIRS Item 3. Section b, Payment to creditors and Item 4, Suits and administrative proceedings, executions, garnishments and attachments on Page 16 of 27, by falsifying the final judgments in the matter of Brian Bell v. R&D Promotions, Inc. and the matter of Brown and Michaels v. Gracinda B. Cardoso, as guarantor of her business entity R&D, which DEBTOR was the sole owner and President, are primarily consumer debts.

47.  The debts owed by DEBTOR to CREDITOR and BROWN AND MICHAELS are disclosed as $26,000.00 and $80,000.00, respectively.

48.  The sum total of both primarily business debts is $106,000.00, which represents all but $24,470.00 of the total debt to be discharged by DEBTOR, attested to be $130,470.00.

49.  DEBTOR intentionally filed a knowingly fraudulently disclosure attesting the NATURE OF DEBTS ARE PRIMARILY CONSUMER DEBTS as mandated, a fact undeniably known by DEBTOR.

50.  Consequently, DEBTOR falsified the Verification of Creditor Matrix on Page 14 of 16, the Summary of Schedules on Page 1 of 27, the Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) on Page 2 of 27, and the Statement of Financial Affairs Item 3, Section b, Payment to creditors and Item 4, Suits and administrative proceedings, executions, garnishments and attachments on Page 16 of 27, facts undeniably known by DEBTOR.

## IV. FAILURE TO DISCLOSE NATURE, LOCATION AND NAME OF BUSINESS IN STATEMENT OF FINANCIAL AFFAIRS, BOOKS, RECORDS, FINANCIAL STATEMENTS AND TAX CONSOLIDATION GROUP.

51.  DEBTOR intentionally filed a knowingly fraudulently disclosure as to the NATURE, LOCATION AND NAME OF BUSINESS IN STATEMENT OF FINANCIAL AFFAIRS,

BOOKS. RECORDS. FINANCIAL STATEMENTS AND TAX CONSOLIDATION GROUP by omission.

52.    DEBTOR is or had been the sole owner and President or Managing Member of five undisclosed business entities within six years immediately proceeding the commencement of this case.

53.    DEBTOR was the sole shareholder and President of her first undisclosed business entity. R&D. a State of Florida corporation administratively dissolved by The Florida Department of State, Division of Corporations on September 16. 2005. and never reinstated.

54.    Although DEBTOR's entity R&D was administratively dissolved dissolved on September 16. 2005. and never reinstated. DEBTOR continued to misrepresent the knowingly defunct R&D as the registered owner of trademarks issued by the OFFICE until September 27. 2011.

55.    DEBTOR was the sole owner and Managing Member of her second undisclosed business entity The Worlds Pageants. LLC ("TWP-FL"). a State of Florida limited liability company.

56.    TWP-FL was administratively dissolved by The Florida Department of State. Division of Corporations on September 24. 2010. reinstated on September 26. 2011. by filing a 2011 Limited Liability Company Reinstatement and administratively dissolved by The Florida Department of State. Division of Corporations on September 27. 2013. and never reinstated.

57.    DEBTOR fraudulently attested John Witges ("WITGES"). to be the Managing Member of TWP-FL to conceal the fact that DEBTOR is and has been the sole owner and Managing Member of her second undisclosed business entity TWP-FL..

58.     On June 18, 2013, DEBTOR testified before the BOARD in the unrelated matter **No. 91206024, Miss World Limited, Opposer v. The Worlds Pageants LLC, Applicant**, where DEBTOR attested that she is the the sole owner and Managing Member of her second entity TWP-FL and that WITGES never held an ownership interest in TWP-FL.

59.     Further, DEBTOR as the Registered Agent of TWP-FL, attested FEI Number Not Applicable on the Annual Report filed with The Florida Department of State, Division of Corporations.

60.     DEBTOR was the sole owner and Managing Member of her third undisclosed business entity The Worlds Pageants LLC ("TWP-NH"), a State of New Hampshire limited liability company with the identical name as DEBTOR's second entity TWP-FL, only this time without the comma.

61.     DEBTOR created TWP-NH on January 23, 2012, and voluntarily dissolved TWP-NH on September 19, 2012, eight months after its creation, by filing a Certificate of Cancellation of New Hampshire Limit Liability Company. No FEI Number is identified.

62.     DEBTOR is the sole shareholder and President of her fourth entity Camila Productions Ltd (sic) ("CPL"), a State of New Hampshire subchapter S corporation not in good standing.

63.     DEBTOR is identified by her undisclosed trade name RIO RIVERS in her fifth undisclosed business entity The World's Pageants ("TWP"), using the sam name as DEBTOR's defunct second and defunct third entities, this time with an apostrophe. Although the type of entity and the State of Registration are unknown by CREDITOR, DEBTOR's use of her fifth

undisclosed business entity is confirmed by **The ANNUAL GENTLEMEN'S CLUB EXPO's** published 2015 Official Program Guide, held in New Orleans, Louisiana on August 23-26, 2015.

64.    DEBTOR intentionally filed a knowingly fraudulently disclosure as to the NATURE, LOCATION AND NAME OF BUSINESS IN STATEMENT OF FINANCIAL AFFAIRS, BOOKS, RECORDS, FINANCIAL STATEMENTS AND TAX CONSOLIDATE GROUP by omission although mandated, facts undeniably known by DEBTOR.

## V.    FAILUE TO DISCLOSE THE TRUE
## VALUE IN SCHEDULE A - REAL PROPERTY

64.    DEBTOR knowingly and intentionally falsified the true value of the house owned in Osceola County, Florida in SCHEDULE A - REAL PROPERTY.

65.    DEBTOR falsely attested to a significantly understated value for the house located in Osceola County, Florida. This fact is irrefutably supported by valuations of similar neighboring houses identified by the records of the Clerk of the Court for Osceola County, Florida.

66.    CREDITOR researched the fair value of the home and the validity of questionable mortgage liens prior to causing the issuance of a Sheriff's levy on DEBTOR's property.

67.    CREDITOR's execution of the full faith and credit of a valid and enforceable State of Florida Court Judgment and its lawful use to obtain assets as partial satisfaction of judgment from DEBTOR, is the reason DEBTOR filed her knowingly fraudulent petition for bankruptcy protection under chapter 7 of the Bankruptcy Code on the Petition Date.

68.    DEBTOR knowingly and intentionally falsified the TRUE VALUE IN SCHEDULE A - REAL PROPERTY as mandated, a fact undeniably known by DEBTOR.

## VI.    FAILURE TO DISCLOSE PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY IN SCHEDULE B - PERSONAL PROPERTY

69.    DEBTOR intentionally filed a knowingly fraudulently disclosure to PATENTS, COPYRIGHTS, AND OTHER OTHER INTELLECTUAL PROPERTY IN SCHEDULE B - PERSONAL PROPERTY, more specifically identified as trademarks issued by the OFFICE.

70.    DEBTOR's entity R&D is the registered owner of trademarks issued by the OFFICE, as listed as No. Item 18 of I. FAILURE TO DISCLOSE ALL OTHER NAMES USED BY DEBTOR IN THE LAST  8 YEARS (INCLUDE MARRIED, MAIDEN, AND TRADE NAMES).

71.    DEBTOR knowingly and intentionally failed to notify the OFFICE of the dissolution of her entity DEBTOR R&D, defunct since September 16, 2005, to which the trademarks were issued.

72.    However, DEBTOR continued to misrepresent DEBTOR's knowingly defunct R&D to be the owner of record for the registered trademarks for six more years until September 27, 2011, a fact undeniably known by DEBTOR.

73.    Miss G-String International LLC ("MGSI") is a Florida limited liability company in good standing, formed on April 23, 2009. The *Miss G-String International* design trademark was first used in commerce on April 29, 2009, and has been actively and continuously used since its inception. MGSI's website www.missgstring.com was first copyrighted in 2009. MGSI is also an approved promoter of SOUTHERN GLAZIER WINE & SPIRITS.

74.    William Eadie an individual, identified as CREDITOR in Item 37 of III. FAILURE TO DISCLOSE THE NATURE OF DEBTS ARE PRIMARILY BUSINESS DEBTS, is also the

Managing Member of MGSI ("EADIE") and a commercial photographer whose work has been published by THE MISS UNIVERSE ORGANIZATION, PLAYBOY ENTERPRISES,INC. and MAXIM magazine.

75.    EADIE's professional relationships facilitated the development of a successful business model by co-branding the *Miss G-String International* contests with PLAYBOY ENTERPRISES, INC. ("PLAYBOY") as its presentation sponsor. PLAYBOY further agreed to publish the companion *"PLAYBOY Presents The Women of Miss G-String International"* feature pictorials.

76.    During the last weekend of April of 2009, DEBTOR as RIO RIVERS, learned of the first MGSI / PLAYBOY contest and accused the host venue of infringing on her *Miss Nude International* trademark and threatened to shut down the event, evidenced by the response letter sent from the host venue to DEBTOR via electronic transmission and the United States Postal Service, dated May 5, 2009.

77.    Notably, May 5, 2009, the date DEBTOR received the aforementioned electronic transmission from the host venue, is remarkably the same date that DEBTOR formed her second undisclosed business entity TWP-FL.

78.    DEBTOR fraudulently misrepresented John Witges ("WITGES") to be the Managing Member of TWP-FL to conceal the fact that DEBTOR is and has been the sole owner and Managing Member of her second entity TWP-FL.

79.    However, on June 18, 2013, DEBTOR testified before the BOARD in the matter **No. 91206024, Miss World Limited, Opposer v. The Worlds Pageants LLC, Applicant**, attesting she is the sole owner and Managing Member of her second entity TWP-FL since its inception

and that WITGES never held an ownership interest in TWP-FL.

80.   On May 13, 2009, eight days after DEBTOR formed her second entity TWP-FL, DEBTOR caused a "demand to cease and desist" letter to be sent to MGSI's attorney from DEBTOR's first entity R&D, knowingly defunct almost four years, since September 16, 2005, by the Florida Department of State, Division of Corporations and never reinstated.

81.   The letter is dated May 13, 2009, attesting R&D is the registered owner of record for **Trademark Registration No. 2037202 for the *Miss Nude International* trademark**, further attests DEBTOR's entity R&D "holds extensive trademark rights in hundreds of related marks."

82.   Notably, DEBTOR's newly formed second entity TWP-FL, is listed as a recipient to receive a carbon copy ("cc") of R&D's demand to cease and desist letter to MGSI.

83.   On April 9, 2015, EADIE testified his subsequent conversation with DEBTOR's attorney was *"nothing more than a shakedown to extort payment from MGSI to make this matter go away."* DEBTOR's attorney, on behalf of DEBTOR, *"threatened to cause delays for many years to come to prevent the Miss G-String International trademark from registration by the United States Patent and Trademark Office if MGSI failed to make payment to DEBTOR."* EADIE further testified DEBTOR's attorney stated *"PLAYBOY can afford it."*

84.   EADIE's testimony has never been refuted.

85.   DEBTOR, in fact, delayed the registration of MGSI's *Miss G-String International* trademark until January 3, 2017, nearly eight years later, in retaliation to MGSI's refusal to succumb to the extortion demand for payment, as threatened.

86.   On June 5, 2009, MGSI filed its application to register the *Miss G-String International* trademark on the Principal Register of the OFFICE for entertainment services in

the nature of conducting beauty pageants and talent contests including television production services, all in the International Class 041.

87.    MGSI held its first *Miss G-String International* contest with its presentation sponsor PLAYBOY on October 1-3, 2009.

88.    PLAYBOY Photo Editor James Trevenen ("EDITOR") attended as a Celebrity Judge to select the *Miss Photogenic* contestant to be feature in a pictorial published by PLAYBOY. EDITOR also photographed the contestants which appeared in *The Women of Miss G-String International* feature pictorial published by PLAYBOY.

89.    EADIE photographed *The Miss G-String International* contestants on behalf of MGSI, sharing these photographs with PLAYBOY.

90.    The business model of co-branding the *Miss G-String International* contests with PLAYBOY was a huge success, causing PLAYBOY Creative Director Jay Boersma, EDITOR and EADIE to next traveled to Bourbon Street in New Orleans from February 12-15, 2010, to photograph the second *Miss G-String International* contest during Mardi Gras. PLAYBOY was again the presentation sponsor and published the second *The Women of Miss G-String International* feature pictorial. The co-branding of PLAYBOY and MGSI had become a successful business model.

91.    On December 7, 2010, the *Miss G-String International* trademark was published for opposition by the OFFICE.

92.    On January 6, 2011, February 3, 2011 and April 4, 2011, DEBTOR's second entity TWP-FL, filed three back-to-back knowingly false Requests for Extensions of Time to oppose the registration of MGSI's *Miss G-String International* trademark.

93.   All three Requests for Extensions of Time filed by DEBTOR's second entity TWP-FL were knowingly fraudulent as each failed to identify the trademark to which TWP-FL was the registered owner of record with the OFFICE. An entity opposing the registration of a trademark must first have a trademark.

94.   In fact, the records of the OFFICE authenticate DEBTOR R&D, not TWP-FL, to be the registered owner of record for the *Miss Nude International* trademark on January 6, 2011, February 3, 2011 and April 4, 2011, facts undeniably know by DEBTOR.

95.   Further, the records of the OFFICE confirm that on January 6, 2011, February 3, 2011, and April 4, 2011 "*No assignments have been recorded at the USPTO for Assignee: THE WORLDS PAGEANTS, LLC.*" facts undeniably known by DEBTOR.

96.   DEBTOR caused her second entity TWP-FL to file three knowingly false Requests for Extensions of Time with the OFFICE to delay the registration of MGSI's *Miss G-String International* trademark in retaliation to MGSI's refusal to succumb to the extortion demand for payment, as threatened.

97.   On June 6, 2011, DEBTOR's second entity TWP-FL, knowingly and intentionally fraudulently attested to be the registered owner of record for the *Miss Nude International* trademark an filed its fraudulent Notice of Opposition to oppose the registration of MGSI's *Miss G-String International* trademark, thereby commencing the BOARD matter **No. 91200183, The Worlds Pageants, LLC, Opposer v. Miss G-String International LLC, Applicant**.

98.   The records of the OFFICE authenticate DEBTOR R&D, not TWP-FL, to be the registered owner of record for the *Miss Nude International* trademark on June 6, 2011, a fact undeniable know by DEBTOR.

99.    Notably, DEBTOR continued to fraudulently misrepresent WITGES as the Managing Member of DEBTOR's second undisclosed business entity TWP-FL to conceal the fact that DEBTOR is and has been the sole owner and Managing Member of her second undisclosed business entity TWP-FL since its inception.

100.    DEBTOR caused her second undisclosed entity TWP-FL to file a knowingly fraudulent Notice of Opposition with the BOARD to further delay the registration of MGSI's *Miss G-String International* trademark in retaliation to MGSI's refusal to succumb to the extortion demand for payment, as threatened.

101.    Astonishingly, nine months earlier on September 24, 2010, the Florida Department of State, Divisions of Corporations also dissolved DEBTOR's second entity TWP-FL, the opposer to the registration of MGSI's *Miss G-String International* trademark with the BOARD.

102.    DEBTOR's first entity DEBTOR R&D had been dissolved for nearly six (6) years and DEBTOR's second entity TWP-FL had been dissolved for nine (9) months, at the time TWP-FL fraudulently filed the Notice of Opposition with the BOARD, facts undeniably known by DEBTOR.

103.    Disturbingly, the filing of the knowingly fraudulent Notice of Opposition with the BOARD by DEBTOR's second entity TWP-FL, caused PLAYBOY to withdraw from co-branding with MGSI until the opposition to the registration of the *Miss G-String International* trademark was favorably resolved.

104.    Consequently, MGSI was prohibited from selling its television broadcast-ready digital video productions of the *Miss G-String International* contests filmed at its first and second contests.

105.  MGSI had produced, recorded, formatted and edited two complete broadcast ready one-hour television productions incurring costs of production in excess of One Hundred and Fifty Thousand Dollars.

106.  As MGSI's television productions were created as <u>date specific</u> events, they are now outdated content and no longer marketable, resulting in MGSI loss of its entire production costs.

107.  On September 22, 2011, the CREDITOR (who is also the managing Member of MGSI) filed a <u>Section 7 Request</u> with the OFFICE to seize the *Miss Nude International* trademark as partial satisfaction of judgment, confirming DEBTOR R&D to be the registered owner of record with the OFFICE on this date.

108.  On September 23, 2011, CREDITOR filed a second <u>Section 7 Request</u> with the OFFICE to seize the *Miss Nude World* trademark as partial satisfaction of judgment, confirming DEBTOR R&D to be the registered owner of record with the OFFICE on this date.

109.  On September 26, 2011, DEBTOR became aware of the <u>Section 7 Requests</u> to seize the *Miss Nude International* and *Miss Nude World* trademarks as partial satisfaction of judgment by CREDITOR with the OFFICE.

110.  DEBTOR immediately reinstated her administratively dissolved second entity TWP-FL with the <u>Florida Department of State, Divisions of Corporations</u> by filing a <u>2011 Limited Liability Company Reinstatement</u>. DEBTOR was further required to file the delinquent Annual Reports for TWP-FL and make payment of all registration fees plus penalties, for the years 2010 and 2011.

111.  DEBTOR continued to fraudulently misrepresent WITGES to be the Managing Member of TWP-FL when DEBTOR falsified the 2011 LIMITED LIABILITY COMPANY

REINSTATEMENT with the <u>Florida Department of State, Divisions of Corporations</u> to conceal the fact that DEBTOR is and has been the sole owner and Managing Member of TWP-FL since its inception.

112.    The next day, DEBTOR filed two knowingly fraudulent backdated trademark assignment documents with the OFFICE, both dated and executed on September 27, 2011.

113.    DEBTOR executed and caused to be filed, her first fraudulent trademark assignment document purportedly transferring the *Miss Nude International, the Miss Nude World* <u>and twelve other  trademarks</u> *from* DEBTOR's first entity **R&D**, (knowingly defunct for six years) *to* **DEBTOR AN INDIVIDUAL**, *nunc pro tunc* to March 31, 2003.

114.    DEBTOR contemporaneously executed and caused to be filed, her second fraudulent trademark assignment document which purported to transfer the *Miss Nude International, the Miss Nude World* <u>and the remaining  trademarks</u> *from* **DEBTOR AN INDIVIDUAL** *to* DEBTOR's second entity **TWP-FL**, *nunc pro tunc* to May 6, 2009 (notably the day after it was formed).

115.    DEBTOR claims SHE, her first business entity DEBTOR R&D and her second entity TWP-FL made (1) an error, accidental omission or neglect (2) not once, but twice (3) in two separate trademark assignment documents (4) each including the *Miss Nude International* and *Miss Nude World* trademarks (5) involving the same principal DEBTOR with (6) both trademark assignment documents having the identical execution and filing date of September 27, 2011 (7) whose effective dates are more than six (6) years apart.

116.    DEBTOR further claims SHE, her first entity DEBTOR R&D and her second entity TWP-FL (8) did not have a single incident of any nature occur with any of the trademarks during

this eight year period from the claimed *nunc pro tunc* date of March 31, 2003 of the first

backdated trademark assignment document until the execution and filing date of each trademark

assignment documents with the OFFICE on September 27, 2011, that would have alerted

DEBTOR (9) her first business entity DEBTOR R&D, the registered owner of record for the

trademarks confirmed by the OFFICE, had been dissolved and never reinstated six years earlier.

117.  Conflictingly, DEBTOR's first entity DEBTOR R&D is further authenticated to be

the registered owner of record for the *Miss Nude International* and *Miss Nude World* trademarks,

not DEBTOR's second entity TWP-FL, by their use in transactional documents filed with or

received from the OFFICE.

118.  On February 12, 2007, the OFFICE authenticated DEBTOR's first entity DEBTOR

R&D to be the registered owner of record for the *Miss Nude International* trademark, when

DEBTOR R&D filed its <u>Combined Declaration of Use and Incontestability Under Sections 8 & 9</u>

with the OFFICE.

119.  On April 16, 2007, DEBTOR R&D was issued its <u>Notice of Acceptance &</u>

<u>Acknowledgement of Section 8 & 9 Declaration</u> for the *Miss Nude International* trademark from

the OFFICE.

120.  DEBTOR *now claims* the *Miss Nude International* trademark was retroactively

transferred by DEBTOR's first trademark assignment document from DEBTOR R&D to

DEBTOR AN INDIVIDUAL *nunc pro tunc* to March 31, 2003.

121.  DEBTOR'S absurd claim would have occurred <u>four years before</u> DEBTOR R&D

filed its <u>Combined Declaration of Use and Incontestability Under Sections 8 & 9</u> for the *Miss*

*Nude International* trademark with the OFFICE on February 12, 2007, and subsequently

received its Notice of Acceptance & Acknowledgement of Section 8 & 9 Declaration for the *Miss Nude International* trademark from the Office on April 16, 2007.

122. DEBTOR's *nunc pro tunc* trademark assignment documents are temporally impossible.

123. Next, on May 5, 2009, DEBTOR formed her second entity TWP-FL as a State of Florida limited liability company. However, on May 13, 2009, DEBTOR's first entity DEBTOR R&D issued a "demand to cease and desist" letter to MGSI's attorney, attesting DEBTOR R&D to be the registered owner of record for the *Miss Nude International* trademark. The records of the OFFICE authenticate DEBTOR R&D, not TWP-FL, to be the registered owner of record for the *Miss Nude International* trademark on May 13, 2009.

124. DEBTOR *now attests* the *Miss Nude International* trademark was retroactively transferred by DEBTOR's second trademark assignment document from DEBTOR AN INDIVIDUAL to DEBTOR's second entity TWP-FL *nunc pro tunc* to May 5, 2009.

125. DEBTOR'S absurd claim would have occurred one week before DEBTOR caused its "demand to cease and desist letter" to be sent to MGSI's attorney on May 13, 2009.

126. DEBTOR's *nunc pro tunc* trademark assignment documents are temporally impossible.

127. Finally, on January 10, 2006, DEBTOR's first entity DEBTOR R&D was issued its REGISTRATION CERTIFICATE for the *Miss Nude World* trademark from the OFFICE. The OFFICE authenticates DEBTOR R&D, not DEBTOR AN INDIVIDUAL, to be the owner of record awaiting registration for the *Miss Nude World* trademark prior to its issuance on January 10, 2006.

128. DEBTOR *now attests* the *Miss Nude World* trademark was retroactively transferred by DEBTOR's first trademark assignment document from DEBTOR R&D to DEBTOR AN INDIVIDUAL *nunc pro tunc* to March 31, 2003.

129. DEBTOR'S absurd claim would have occurred three years before DEBTOR R&D was issued its REGISTRATION CERTIFICATE for the *Miss Nude World* trademark from the OFFICE on January 10, 2006.

130. DEBTOR's *nunc pro tunc* trademark assignment documents are temporally impossible.

131. DEBTOR's filing of knowingly fraudulent backdated trademark assignment documents to rewrite history were solely filed to prevent the application of the full faith and credit of a valid State Court Judgment and its lawful use to obtain assets of DEBTOR and DEBTOR R&D, specifically identified as the *Miss Nude International* and *Miss Nude World* trademarks, by CREDITOR.

132. DEBTOR's filing of the knowingly fraudulent backdated trademark assignment documents further delayed the registration of MGSI's *Miss G-String International* trademark in retaliation to MGSI's refusal to succumb to the extortion demand for payment, as threatened.

133. On October 28, 2011, MGSI filed its Motion to Strike Nunc Pro Tunc Trademark Assignments with the BOARD.

134. On January 23, 2012, after learning MGSI had filed a Motion to Strike Nunc Pro Tunc Trademark Assignments with the BOARD, DEBTOR formed her third entity TWP-NH, using the identical name as her second entity TWP-FL, minus the comma, this time as a State of New Hampshire limited liability company.

135.  DEBTOR formed her third entity TWP-NH, to enable DEBTOR to cause confusion with her second entity TWP-FL, as to the owner of record of the trademarks, whereas such confusion would benefit DEBTOR in the unrelated Board matter No. 91206024, Miss World Limited, Opposer v. The Worlds Pageants LLC, Applicant.

136.  On June 21, 2012, MGSI's Motion to Strike Nunc Pro Tunc Trademark Assignments was granted by the BOARD, ruling the *nunc pro tunc* trademark assignment documents filed with the OFFICE by DEBTOR on September 27, 2011, will *"receive no consideration."*

137.  On September 19, 2012, DEBTOR filed, or caused to be filed, multiple document with the OFFICE and the State of New Hampshire.

138.  First, DEBTOR formed or caused to be formed her fourth entity CML, a State of New Hampshire corporation.

139.  Second, DEBTOR filed a Certificate of Cancellation of New Hampshire Limited Liability Company, dissolving DEBTOR's third entity TWP-NH, created eight months earlier on January 23, 2012.

140.  Third, DEBTOR filed, or cause to be filed, DEBTOR's knowingly fraudulent third trademark assignment document with the OFFICE purporting to transfer the trademarks from DEBTOR's second entity TWP-FL to DEBTOR's fourth entity CML, created earlier that day.

141.  DEBTOR knowingly and intentionally filed her third fraudulent trademark assignment document with the OFFICE despite the BOARD's order three months earlier on June 21, 2012, ruling DEBTOR's first and second *nunc pro tunc* trademark assignment documents would receive no consideration.

142.  DEBTOR's knowingly fraudulent third trademark assignment document was filed

with the OFFICE to further interfere with the execution of the valid and enforceable State of Florida Court Judgment against DEBTOR R&D by CREDITOR to seize the *Miss Nude International* and *Miss Nude World* trademarks as partial satisfaction of judgment.

143.  DEBTOR further caused  her knowingly fraudulent third trademark assignment document to be filed with the OFFICE to delay the registration of MGSI's *Miss G-String International* trademark as retaliation to MGSI's refusal to succumb to the extortion demand for payment, as threatened.

144.  On June 18, 2013, the Deposition of Gracinda Bento Cardoso was taken by HATRY in the unrelated BOARD matter No. 91206024, Miss World Limited, Opposer v. The Worlds Pageants LLC, Applicant.

145.  Notably, DEBTOR had filed her Certificate of Cancellation of New Hampshire Limited Liability Company to voluntarily dissolve her third entity TWP-NH on September 19, 2012, nine months before testifying in the Deposition of Gracinda Bento Cardoso.

146.  DEBTOR knowingly and intentionally falsified her testimony by responding as if her recently dissolved third entity TWP-NH, not the Applicant, TWP-FL, was being deposed by HATRY in the Deposition of Gracinda Bento Cardoso on June 18, 2013.

147.  DEBTOR falsely testified under oath by confusingly claiming her voluntarily dissolved third entity TWP-NH was in good standing and had inexplicably become the owner of record for all trademarks identified throughout her deposition.

148.  DEBTOR testified as if she were the active Managing Member of the voluntarily dissolved third entity TWP-NH, not her active second entity of the same name TWP-FL, whose

*nunc pro tunc* trademark assignment documents had been ordered by the BOARD would receive no consideration <u>one year earlier</u> on June 21, 2012.

149.  HATRY asked DEBTOR *"Does each pageant have a <u>trademark</u>?"* to which DEBTOR responded *"Yeah."* HATRY next asked DEBTOR *"and about how many different names?"* to which DEBTOR replied *"Oh, all together, we probably <u>have over 400</u>."*

150.  On March 24, 2014, DEBTOR caused her second entity TWP-FL's <u>Opposer's Response and Objections to Applicant's Second Set of Requests for Admissions</u> to be sent to MGSI in the BOARD matter <u>No. 91200183, The Worlds Pageants, LLC, Opposer v. Miss G-String International LLC, Applicant</u>.

151.  DEBTOR <u>admitted</u> the records of the OFFICE identify DEBTOR R&D, not TWP-FL, was in fact the registered owner of record for the *Miss Nude International* trademark on June 6, 2011.

152.  June 6, 2011, is the date DEBTOR attested to and filed the knowingly fraudulent <u>Notice of Opposition</u> to the registration of MGSI's *Miss G-String International* trademark with the BOARD, attesting to be the registered owner of the record for the *Miss Nude International* trademark.

153.  DEBTOR's admission confirms her dissolved second entity TWP-FL is not now, nor has ever been, the registered owner of record for the *Miss Nude International* trademark.

154.  DEBTOR's second entity TWP-FL <u>never had standing to oppose</u> the registration of the *Miss G-String International* trademark with the BOARD.

155.  DEBTOR intentionally filed a knowingly fraudulently disclosure to PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY IN SCHEDULE B -PERSONAL PROPERTY as mandated, facts undeniably known by Debtor.

The Discharge of Debtor was obtained by DEBTOR filing fraudulent Schedules and Statement of Financial Affairs, signed under penalties of perjury. DEBTOR's knowingly filed fraudulent Schedules and Statement of Financial Affairs on the Petition Date to avoid the application of the full faith and credit of a valid and enforceable State of Florida Court Judgment and its lawful use to obtain assets as partial satisfaction of judgment from DEBTOR by CREDITOR.

DEBTOR caused delays to the registration of MGSI's *Miss G-String International* trademark in retaliation to MGSI's refusal to succumb to the extortion demand for payment, as threatened, causing (i) the registration of MGSI's *Miss G-String International* trademark to be delayed until January 3, 2017, (ii) a six year interruption for MSGI's successful business model to co-brand with PLAYBOY (iii) the loss of MGSI'S production costs for its events and the sale of its its broadcast-ready television productions and (iv) the loss of revenue plus the incurred expense of litigation, entirely by DEBTOR's knowingly fraudulent actions.

CREDITOR's reprehensible misuse of Federal Trademarks issued by the OFFICE and the unlawful act of extortion are both unethical and unfair. DEBTOR knowingly and willfully falsified, concealed or covered up, by trick, scheme or devise, a material fact, made fictitious and fraudulent statement and representations, and made and used false writings and documents knowing the same to contain false, fictitious and fraudulent statements in violation of U.S.C. §1001.

WHEREFORE, Creditor respectfully requests that the Court grants this MOTION TO

REOPEN A CHAPTER 7 CASE TO FILE AN ADVERSARY COMPLAINT TO REVOKE A

DISCHARGE.

Respectfully submitted,

William A. Eadie, *pro se*                                   Signed on May 9, 2017
Creditor
63 Bristol Lane
Palm Coast, FL 32137
(772) 905-7878

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and complete copy of the foregoing MOTION TO REOPEN A CHAPTER 7 CASE TO FILE AN ADVERSARY COMPLAINT TO REVOKE A DISCHARGE in Case Number 6:-bk-06359-KSJ was served upon Debtor Gracinda Bento Cardoso, addressed to 1473 Heather Way, Kissimmee, FL 34744, Ruben Laboy Jr., Esq. addressed to 332 North Magnolia Avenue, P.O. Box 87, Orlando, FL 32802-0087, Marie E. Henkel, Esq. addressed to Bankruptcy Trustee, 3560 South Magnolia Avenue, Orlando, FL 32806 and Charles R. Sterbach, Aust. addressed to The United States Trustee, The United States Department of Justice, George C. Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801.

William A. Eadie, *pro se*                                  Signed on May 9, 2017
Creditor
63 Bristol Lane
Palm Coast, FL 32137
(772) 905-7878


Rio Rivers is on Facebook.
To connect with Rio, sign up for Facebook today.

**Log In**

or

**Sign Up**

*Rio Rivers*

Friends    Photos    Videos

## About Rio Rivers

Photos

WORK

> The Worlds Pageants

EDUCATION

 **Methuen High School**
Class of 1991 · Methuen, Massachusetts

Log In or Create an
account to see
photos of Rio Rivers

**Login into Facebook**

Create New Facebook Account

CURRENT CITY AND HOMETOWN

 **Philadelphia, Pennsylvania**
Current City

**Leblon, Rio De Janeiro, Brazil**
Hometown

*Others Named Rio Rivers*

 Rio Rivers

ABOUT RIO

> I have been in the adult industry since 1992. Started
> *as a Hostess and found my way to becoming a*
> Feature Entertainer. I feel as I understand a adult
> club. I have worked in every position in a club. I also
> had the pleasure of being part of building a club from
> the ground up. As the years went by I became the
> Pageant Coordinator. I love what I do and been
> doing it since 1999 as the owner. Created a lot of
> features and help build many wonderful entertainers.
> *I like to think that not only I have made stars but that*
> I love helping the girls. Have brought name to many
> clubs and have helped put a few in the map. But no
> matter what....I LOVE WHAT I DO!!!!!!!!!!!! And I am
> proud to have had this as my job for almost 20 years
> and still loving it. The Pageants are part of our
> industry history; since 1964 when the first Miss Nude
> World was created. There are so many pageants out
> there but none that carry the name of the pageants
> that The World Pageants own.

 Rio Rivers

 **Rivers Reklai**
 (hvs)

 Alberto Rio Rivers

 Rio Slalu Rivers

 Rio Rivers

 Rio Rivers

Rio Rivers

See more people named Rio
Rivers

**Others With a Similar Name**

 Cynthia Rivers

 Ocind Chy RiseLups Rio

 Eli Rivers

 Conchi Del Rio Diestro

FAVORITE QUOTES

No favorite quotes to show

CONTACT INFORMATION

Websites
**http://www.exoticpageants.com**

Favorites

Other

Ontheborder Gentlemensclub,
Buck Nkd, Theparty Shoesdotnet,
Tuxedos Snow Club, Iowa, Chester's
AndClubs, Deja Vu Worldwide,
Club-c Pro, Silks Adult
Entertainment

*EXHIBIT #2*



THE ANNUAL GENTLEMEN'S CLUB EXPO

# 2015 Official Program Guide

*Handwritten:* EXHIBIT #3

**SWIFT PAY SYSTEMS (CHARGE SAVVY)** - SP-26
Ken Haller, Mike Kehoe
(630) 954-6764
swiftpaysystems.com

**TAMPA BIZ BROKERS/ALL AMERICAN ATMS** - SP-30
Richard Bantock
(813) 758-8801
allamericanatm.com

**TAP DAT** - NW-2
Jeffery Bennett
(412) 400-0394
tapdatapp.com

**THE MONEY GUN** - RU-4
Michael Schexnayder
(337) 215-5460
themoney-gun.com

**THE WORLD'S PAGEANTS** - SP-45
Rio Rivers
(954) 818-6465
theworldspageants@gmail.com

**TONY CHACHERE CREOLE FOODS** - FB-8
Sol Grishman
(337) 308-1850
tonychachere.com

**UNIFORMS BY CLASS ACT** - SP-25
Elana Gallant
(954) 782-0933
classactuniforms.com

**UVERITECH** - SP-19
John Herlihy
(800) 883-8822
fraudfighter.com

**XTREME 411 APP** - SP-10
Matt McTeague
(860) 833-0430
xtrememagazine.com

**2 TOUCH POS** - RU-20, 21
Brooke Whowell
(866) 227-8692
2touchpos.com

**WAITRESSVILLE** - FB-13, 18
Paul and Terry Saunders Chill
(214) 570-4930
waitressville.com
*Waitressville.com provides fashionable waitress uniforms in the business. Uniforms are made from an exclusive comfy fabric blend all our own called Proflyfe that contains just a sexy fit without feeling hot or binding. Waitressville is sponsoring outfits for Awards Show trophy gifts.*

**WE SCAN IDs** - RU13
Brett Stallard
972-252-2570 X2
www.wescanids.com

**Q:** What am I supposed to wear to the ED's Awards Show? Is it a formal event?

**A:** Formal wear is not required, though we encourage Awards Show guests to dress to impress for this very special occasion! After all, we're celebrating the best of the best!



THE ONLY INTERNATIONAL PAGEANT SERIES

52ND ANNIVERSARY OF BUILDING CAREERS

**THE WORLD'S PAGEANTS**

**1473 HEATHER WAY**

**KISSIMMEE, FLORIDA 34744**

**(954) 818-6465**

MISS NUDE WORLD

MISS NUDE INTERNATIONAL

MISS NUDE UNITED STATES

MISS EROTIC WORLD

MISS EROTIC INTERNATIONAL

MISS EROTIC NORTH AMERICA

MISS EROTIC UNITED STATES

MISS EROTIC AUSTRALIA

EXOTIC NUDE UNIVERSE

MISS EXOTIC WORLD

MISS EXOTIC INTERNATIONAL

MISS EXOTIC UNITED STATES

MISS EXOTIC AUSTRALIA

AMERICAN CENTERFOLD SEARCH

CAN-AM CHAMPIONSHIP

## SPECIALIZED SERVICES:

INTERNATIONAL PAGEANTS

NATIONAL PAGEANTS

STATE-WIDE PAGEANTS

SMALL SCALE (5-8)

LARGE SCALE (8-20)

INTERNATIONAL SHOWCASE OF BURLESQUE, AERIAL & SHOWGIRL

FEATURE ENTERTAINERS

HOUSE ENTERTAINERS

MIX OF FEATURE & HOUSE

BURLESQUE ENTERTAINERS

AERIAL ENTERTAINERS

CLUB PROMOTIONS

POST PROMOTION ADVERTISING

INTERNATIONAL PUBLICITY

---

**MISS NUDE WORLD 2015**

ISABELLE DELTORE

**EXOTIC NUDE UNIVERSE 2015**

ASPEN REIGN

**MISS NUDE INTERNATIONAL 2015**

SKYLA RAYNE

**MISS EROTIC INTERNATIONAL 2015**

ZARA BLAKE





**MISS NUDE UNITED STATES 2015**

JANINE JERICHO

**MISS EROTIC WORLD 2015**

ARABELLE ALLURE

**MISS EROTIC AUSTRALIA 2015**

ASTI MAREE KERR

**MISS BURLESQUE WORLD 2015**

ARABELLE ALLURE

---

The World's Pageant Series strives to deliver the best quality and service to our clients and elite performers. Our International Entertainers are all hand selected for their beauty, personality, stage presence and their ability to entertain in either a small promotion to a large scale promotion.



The Owner / Producer of the World's Pageant Series has been actively involved in this industry for the past 23 years and she brings her wealth of knowledge, experience in every level of this industry and most importantly an impressive list of relationships with her clients and mainly the International Feature Entertainers.



The World's Pageant Series takes our reputation and our history very serious with our clients and elite performers and always striving to elevate the bar in this industry and exceed our clients & customers' expectations. Every top entertainer in the history of this industry has once held one of our major titles we own & produce from the World's Pageants.

# In The Matter Of:

*Miss World Limited, Opposer v.*
*The Worlds Pageants LLC, Applicant*

---

*Gracinda Bento Cardoso*

*Vol. 1*

*June 18, 2013*

*Gracinda Bento Cardoso, 6/18/13*

---

*Duffy & McKenna Court Reporters, LLC*

*P.O. Box 1658*

*Dover, New Hampshire 03821*

*(800)600-1000*

*www.dmreporting.com*

*EXHIBIT #4*

Original File 6-18-13 Gracinda Bento Cardoso MUS.txt

Min-U-Script®

1                                          VOLUME: I
                                           PAGES: 1-47
2
        IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
3          BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

4

5
        * * * * * * * * * * * * * * * * * *
6       In the Matter of
        Ser. No. 85/431760--OG 03/13/2012
7
        MISS WORLD LIMITED,
8
                Opposer
9                                          Opposition No.
        - against -                        91206024
10
        THE WORLDS PAGEANTS LLC,
11
                Applicant.
12
        * * * * * * * * * * * * * * * * * *
13

14

15          DEPOSITION OF GRACINDA BENTO CARDOSO

16      held at 328 Daniel Webster Highway, Meredith, New

17      Hampshire, on Tuesday, June 18, 2013, commencing at

18      9:00 a.m.

19

20

21          DUFFY & MCKENNA COURT REPORTERS, LLC
22                     P.O. Box 1658
                Dover, New Hampshire 03821
23                     (800)600-1000

Gracinda Bento Cardoso, 6/18/13

7

1   Q.   And do these strippers parade in the nude or with
2        clothing?
3   A.   Uhm, it depends.  There's -- some clubs are just
4        topless, some clubs are bikini bars, and some clubs
5        are nude.  So, depending what district we are, what
6        laws we're at, that's how the pageants are held.
7   Q.   How long have you been in this business?
8   A.   Twenty-one years.
9   Q.   Have you, yourself, been a stripper?
10  A.   Yes.  I was an adult entertainer.
11  Q.   For how long?
12  A.   I was an adult entertainer for about six years.
13  Q.   Do you engage in any other business activities than
14       these stripper contests?
15  A.   No.  That's my life.
16       I help people.  That doesn't count; right?
17  Q.   We all do that.
18  A.   I help my community.  I translate for them all the
19       time.  So, since I'm telling the truth here, I want
20       to make sure that that's clear; that I'm not just a
21       stripper, I have a brain, too.
22  Q.   Do you use any other name, personally, in your
23       business?

*EXHIBIT #5*

8

1   A.   Well, my name is Rio Rivers, in my business.

2   Q.   What is the reason for that?

3   A.   Everybody has a stage name.

4   Q.   Is there some reason that they need a stage name

5        rather than their own name?

6   A.   I have no idea.  I didn't create that.  I started

7        in the business, and that's the way it worked, and

8        that's what I did.

9   Q.   Roughly how many pageants do you run every year?

10  A.   Well, I used to run probably, roughly, about fifty

11       pageants a year.  Then I went down some.

12  Q.   So --

13  A.   Now I don't run a lot of them, personally.  I

14       just -- other people run it, but I still run it

15       from the phone.  Because I have children and I want

16       to be home with my children.  But I still probably

17       run about a good twenty-five a year.

18  Q.   Does each pageant have a trademark?

19  A.   Yeah.  They all have different names; yes.

20  Q.   And about how many different names?

21  A.   Oh, all together, we probably have over 400, would

22       you say?  Oh, you can't answer, sorry.

23            My attorney would know that better than me

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 03/31/2003 |

CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| R&D PROMOTIONS, INC. | | 09/27/2011 | CORPORATION: FLORIDA |

RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Gracinda Cardoso |
| Street Address: | 1473 Heather Way |
| City: | Kissimmee |
| State/Country: | FLORIDA |
| Postal Code: | 34744 |
| Entity Type: | INDIVIDUAL: BRAZIL |

PROPERTY NUMBERS  Total: 8

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2037202 | MISS NUDE INTERNATIONAL |
| Registration Number: | 2096819 | MISS EXOTIC |
| Registration Number: | 2282958 | MISS NUDE WORLD INTERNATIONAL |
| Registration Number: | 2666658 | MISS EROTIC |
| Registration Number: | 2709433 | MISS EXOTIC GULF COAST |
| Registration Number: | 2724191 | AMERICAN CENTERFOLD SEARCH |
| Registration Number: | 2879086 | NORTH AMERICAN CENTERFOLD SEARCH |
| Registration Number: | 3039826 | MISS NUDE WORLD |

CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | (603)290-5577 |
| Phone: | 6032539474 |
| Email: | info@aquillapatents.com |

*EXHIBIT #6*

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent*

TRADEMARK
REEL: 004631 FRAME: 0418

*via US Mail.*

| | |
|---|---|
| Correspondent Name: | Thomas T. Aquilla |
| Address Line 1: | 221 Coe Hill Road |
| Address Line 4: | Center Harbor, NEW HAMPSHIRE   03226 |

| | |
|---|---|
| ATTORNEY DOCKET NUMBER: | TWP-999 |
| NAME OF SUBMITTER: | Thomas T. Aquilla |
| Signature: | /Thomas T. Aquilla/ |
| Date: | 09/27/2011 |

Total Attachments: 3
source=ASST1_RDP-GCFinal#page1.tif
source=ASST1_RDP-GCFinal#page2.tif
source=ASST1_RDP-GCFinal#page3.tif

# Trademark Assignment

This Agreement is **effective as of the 31ˢᵗ day of March, 2003**, by and between R&D Promotions, Inc., a Florida corporation (hereinafter "Assignor") and Gracinda Cardoso, (hereinafter "Assignee").

## Recitals

WHEREAS **R&D Promotions, Inc.** (hereinafter "Assignor"), a corporation under the laws of the State of Florida, having a mailing address at 3418 North Ocean Boulevard, Suite 122, Fort Lauderdale, Florida 33308, owns the entire right, title and interest in and to the registered and unregistered trademarks listed in the original schedule of Marks appended as Exhibit 1 to the Assignment executed on May 17, 2001 and recorded in the United States Patent and Trademark Office Assignment Branch records at Reel 2457 Frame 0887 on February 22, 2002 (hereinafter the "Marks"), and the Supplemental Schedule of Marks attached hereto as Exhibit 1A, including any and all United States or foreign Trademark Registrations thereof ("the Marks") together with the associated goodwill of the business symbolized by the Marks and associated therewith; and

WHEREAS, **Gracinda Cardoso,** an individual doing business as R&D Promotions and having a mailing address at 1005 Mabbette Street, Kissimmee, Florida 34744, desires to own Assignee's entire right, title, and interest in and to the Marks together with the associated goodwill of the business symbolized by the Marks and associated therewith in all countries throughout the world, and in and to any and all United States Trademark Registrations or foreign Trademark Registrations which may issue thereon; and

Assignee is in the business of organizing and promoting adult entertainment events; and

Assignor seeks to transfer the Marks to Assignee under the terms and conditions set forth herein;

NOW, THEREFORE, in consideration of the promises and the mutual covenants and agreements set forth below, and other valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereto covenant and agree as follows:

1.    Assignor does hereby assign, grant and convey to Assignee, its lawful successors and assigns, Assignor's entire right, title, and interest in and to the Marks together with the associated goodwill of the business symbolized by the Marks and associated therewith, and any United States Trademark Registrations thereof, and any other trademark applications directed to the Marks, and all Certificates of Registration that may be granted thereon, all rights to claim priority on the basis of such applications and registrations, and all applications for registration that may be filed for the Marks in any foreign country.

2.    Assignor hereby represents and warrants that Assignor has the full right to convey the interest assigned by this Assignment, that Assignor will take all actions and execute all documents necessary to perfect the interest assigned hereby, and that

**TRADEMARK**
REEL: 004631 FRAME: 0420

# Trademark Assignment

Assignor has not executed and will not execute any agreement in conflict with this Assignment.

     3.     This Agreement shall be construed and governed solely by the laws of Florida.

     4.     The parties hereto shall restrict themselves exclusively to the jurisdiction of the courts within the State of Florida for any controversy between them and arising out of this Agreement.

     5.     In any action brought by a party hereto under this Agreement, the prevailing party shall be entitled to recover its reasonable attorney's fees, costs, and expenses of suit.

     6.     If any provision of this Agreement is held by a court of competent jurisdiction to conflict with federal or state law, such provision shall be deleted from the Agreement and the remainder of the Agreement shall remain in full force and effect.

     7.     This Agreement may not be modified except by a written agreement signed by both parties.

     8.     In order for there to be a waiver of any term or condition of this Agreement, such waiver must be in writing and signed by the party making such waiver.

     9.     This instrument may be executed in any number of counterparts, each of which shall be deemed to be an original, and all such counterparts taken together shall constitute one and the same instrument.

     IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the dates shown by each of their signatures below.

Gracinda Cardoso

DATED: 9/27/2011

**R&D Promotions, Inc.**

DATED: 27.9.11

by:  David Harrison, President

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Craig J. Vogin, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 1, 2013
Member, Pennsylvania Association of Notaries

2 of 3

**TRADEMARK**

# Trademark Assignment

## Exhibit 1A

| | |
|---|---|
| 2,037,202 | **MISS NUDE INTERNATIONAL** |
| 2,282,958 | **MISS NUDE WORLD INTERNATIONAL** |
| 2,666,658 | **MISS EROTIC** |
| 2,096,819 | **MISS EXOTIC** |
| 76/135129 | **MISS NUDE UNIVERSE** |
| 78/110759 | **MISS NUDE WORLD** |
| 78/109630 | **MISS NUDE USA** |
| 78/109613 | **MISS NUDE SOUTHERN USA** |
| 78/109618 | **AMERICAN CENTERFOLD SEARCH** |
| 78/109622 | **NORTH AMERICAN CENTERFOLD SEARCH** |
| 78/109627 | **MISS NUDE EXOTIC** |
| 78/110754 | **MISS EXOTIC GULF COAST** |
| 78/113009 | **MISS EXOTIC DANCER** |
| 78/113024 | **MISS EXOTIC DANCER USA** |

**TRADEMARK**
RECORDED: 09/27/2011        **REEL: 004631 FRAME: 0422**

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 05/06/2009 |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Gracinda Cardoso | | 09/27/2011 | INDIVIDUAL: BRAZIL |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | THE WORLDS PAGEANTS, LLC |
| Street Address: | 1473 Heather Way |
| City: | Kissimmee |
| State/Country: | FLORIDA |
| Postal Code: | 34744 |
| Entity Type: | LIMITED LIABILITY COMPANY: FLORIDA |

**PROPERTY NUMBERS  Total: 8**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2037202 | MISS NUDE INTERNATIONAL |
| Registration Number: | 2096819 | MISS EXOTIC |
| Registration Number: | 2282958 | MISS NUDE WORLD INTERNATIONAL |
| Registration Number: | 2666658 | MISS EROTIC |
| Registration Number: | 2709433 | MISS EXOTIC GULF COAST |
| Registration Number: | 2724191 | AMERICAN CENTERFOLD SEARCH |
| Registration Number: | 2879086 | NORTH AMERICAN CENTERFOLD SEARCH |
| Registration Number: | 3039826 | MISS NUDE WORLD |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (603)290-5577 |
| Phone: | 6032539474 |
| Email: | info@aquillapatents.com |

*EXHIBIT # 7*

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent*

OP $215.00    2037202

**900203172**

**TRADEMARK**
**REEL: 004631 FRAME: 0436**

*via US Mail.*

Correspondent Name:      Thomas T. Aquilla
Address Line 1:              221 Coe Hill Road
Address Line 4:              Center Harbor, NEW HAMPSHIRE    03226

| ATTORNEY DOCKET NUMBER: | TWP-999 |
|---|---|
| NAME OF SUBMITTER: | Thomas T. Aquilla |
| Signature: | /Thomas T. Aquilla/ |
| Date: | 09/27/2011 |

Total Attachments: 1
source=ASST2_GC-TWPFinal#page1.tif

## ASSIGNMENT OF REGISTERED MARKS

This Agreement is effective as of the 6th day of May, 2009, by and between **Gracinda Cardoso (SELLER)**, an individual doing business as R&D Promotions and having a mailing address at 1473 Heather Way, Kissimmee, Florida 34744, who owns the entire right, title and interest in and to the United States Trademark Registrations as set forth herein ("the Marks") together with the goodwill associated therewith; and

**THE WORLDS PAGEANTS, LLC**, a limited liability company under the laws of the State of Florida, having a mailing address at 1473 Heather Way, Kissimmee, Florida 34744, who desires to own SELLER'S entire right, title, and interest in and to the Marks and the goodwill associated therewith in all countries throughout the world, and in and to United States Trademark Registration Nos.:

2,037,202 for Mark "MISS NUDE INTERNATIONAL";

2,096,819 for Mark "MISS EXOTIC";

2,282,958 for Mark "MISS NUDE WORLD INTERNATIONAL";

2,666,658 for Mark "MISS EROTIC";

2,709,433 for Mark "MISS EXOTIC GULF COAST";

2,724,191 for Mark "AMERICAN CENTERFOLD SEARCH";

2,879,086 for Mark "NORTH AMERICAN CENTERFOLD SEARCH";

3,039,826 for Mark "MISS NUDE WORLD";

NOW THEREFORE, be it known that, for good and valuable consideration, receipt of which hereby is acknowledged, SELLER hereby sells, assigns, and transfers unto **THE WORLDS PAGEANTS, LLC**, its lawful successors and assigns, SELLER'S entire right, title, and interest in and to the Marks together with the goodwill associated therewith and the United States Trademark Registrations thereof, any other trademark applications directed to the Marks, and all Certificates of Registration that may be granted thereon, all rights to claim priority on the basis of such applications and registrations, and all applications for registration that may be filed for the Marks in any foreign country.

SELLER hereby represents and warrants that SELLER has the full right to convey the interest assigned by this Assignment, that SELLER will take all actions and execute all documents necessary to perfect the interest assigned hereby, and that SELLER has not executed and will not execute any agreement in conflict with this Assignment.

This instrument may be executed in any number of counterparts, each of which shall be deemed to be an original, and all such counterparts taken together shall constitute one and the same instrument.

Signed on this 27 day of September, 2011.

SELLER:

Gracinda Cardoso

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Craig J. Vogin, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 1, 2013
Member, Pennsylvania Association of Notaries

Craig J. Vogin  5/17/11

900241159    12/13/2012

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| The Worlds Pageants, LLC | | 09/19/2012 | LIMITED LIABILITY COMPANY: FLORIDA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Camila Productions Ltd. |
| Street Address: | 328 Daniel Webster Highway |
| Internal Address: | Suite L2 |
| City: | Meredith |
| State/Country: | NEW HAMPSHIRE |
| Postal Code: | 03253 |
| Entity Type: | CORPORATION: NEW HAMPSHIRE |

### PROPERTY NUMBERS Total: 8

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3039826 | MISS NUDE WORLD |
| Registration Number: | 2879086 | NORTH AMERICAN CENTERFOLD SEARCH |
| Registration Number: | 2724191 | AMERICAN CENTERFOLD SEARCH |
| Registration Number: | 2709433 | MISS EXOTIC GULF COAST |
| Registration Number: | 2666658 | MISS EROTIC |
| Registration Number: | 2096819 | MISS EXOTIC |
| Registration Number: | 2037202 | MISS NUDE INTERNATIONAL |
| Serial Number: | 85431760 | THE WORLDS PAGEANTS |

OP $215.00  3039826

### CORRESPONDENCE DATA

*EXHIBIT # 8*

Fax Number:        6032995577

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

Phone:        6032539474

**TRADEMARK**

| Email: | docket@aquillapatents.com |
| Correspondent Name: | Thomas T. Aquilla |
| Address Line 1: | 221 Coe Hill Road |
| Address Line 4: | Center Harbor, NEW HAMPSHIRE   03226 |

| ATTORNEY DOCKET NUMBER: | TWP-9900 |
| --- | --- |
| NAME OF SUBMITTER: | Thomas T. Aquilla |
| Signature: | /Thomas T. Aquilla/ |
| Date: | 12/13/2012 |

Total Attachments: 3
source=Assignment-toCPL-FINAL#page1.tif
source=Assignment-toCPL-FINAL#page2.tif
source=Assignment-toCPL-FINAL#page3.tif

# Trademark Assignment

This Agreement is effective as of **this <u>19th day of September, 2012</u>**, by and between The Worlds Pageants, LLC, a Florida limited liability company (hereinafter "Assignor") and Camila Productions Ltd., a New Hampshire corporation (hereinafter "Assignee").

## Recitals

WHEREAS **The Worlds Pageants, LLC** (hereinafter "Assignor"), a limited liability company under the laws of the State of Florida, having a mailing address at 1473 Heather Way, Kissimmee, Florida 34744, owns the entire right, title and interest in and to the registered and unregistered trademarks listed in the original schedule of Marks appended as Exhibit 1 to the Assignment executed on May 17, 2001 and recorded in the United States Patent and Trademark Office Assignment Branch records at Reel 2457 Frame 0887 on February 22, 2002 (hereinafter the "Marks"), and the Supplemental Schedule of Marks attached hereto as Exhibit 1A, including any and all United States or foreign Trademark Registrations thereof ("the Marks") together with the associated goodwill of the business symbolized by the Marks and associated therewith; and

WHEREAS, **Camila Productions Ltd.** (hereinafter "Assignee"), a corporation under the laws of New Hampshire, having a business address at 328 Daniel Webster Highway, Suite 2L, Meredith, New Hampshire 03253, desires to own Assignor's entire right, title, and interest in and to the Marks together with the associated goodwill of the business symbolized by the Marks and associated therewith in all countries throughout the world, and in and to any and all United States Trademark Registrations or foreign Trademark Registrations which may issue thereon.

NOW, THEREFORE, in consideration of the promises and the mutual agreements set forth below, and other valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1.    Assignor does hereby assign, grant and convey to Assignee, its lawful successors and assigns, Assignor's entire right, title, and interest in and to the Marks together with the associated goodwill of the business symbolized by the Marks and associated therewith, and any United States Trademark Registrations thereof, and any other trademark applications directed to the Marks, and all Certificates of Registration that may be granted thereon, all rights to claim priority on the basis of such applications and registrations, and all applications for registration that may be filed for the Marks in any foreign country.

2.    Assignor hereby represents and warrants that Assignor has the full right to convey the interest assigned by this Assignment, that Assignor will take all actions and execute all documents necessary to perfect the interest assigned hereby, and that Assignor has not executed and will not execute any agreement in conflict with this Assignment.

3.    This Agreement shall be construed and governed solely by the laws of the State of New Hampshire.

## Trademark Assignment

4.   The parties hereto shall restrict themselves exclusively to the jurisdiction of the courts within the State of New Hampshire for any controversy between them and arising out of this Agreement.

5.   In any action brought by a party hereto under this Agreement, the prevailing party shall be entitled to recover its reasonable attorney's fees, costs, and expenses of suit.

6.   If any provision of this Agreement is held by a court of competent jurisdiction to conflict with federal or state law, such provision shall be deleted from the Agreement and the remainder of the Agreement shall remain in full force and effect.

7.   This Agreement may not be modified except by a written agreement signed by both parties.

8.   In order for there to be a waiver of any term or condition of this Agreement, such waiver must be in writing and signed by the party making such waiver.

9.   This instrument may be executed in any number of counterparts, each of which shall be deemed to be an original, and all such counterparts taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the Assignor has caused this Agreement to be executed on the date shown, by the signature below.

ASSIGNOR ~ The Worlds Pageants, LLC

DATED: 09/19/2012

by:  Gracinda Cardoso, President

STATE OF PENNSYLVANIA   )
COUNTY OF _____ ) SS:

The foregoing instrument was acknowledged before me this 19th day of
_____, 2012, by _____.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Craig J. Vogen, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 1, 2015
Member, Pennsylvania Association of Notaries

2 of 3

## Trademark Assignment

### Exhibit 1A

| | |
|---|---|
| 3,039,826 | **MISS NUDE WORLD** |
| 2,879,086 | **NORTH AMERICAN CENTERFOLD SEARCH** |
| 2,724,191 | **AMERICAN CENTERFOLD SEARCH** |
| 2,709,433 | **MISS EXOTIC GULF COAST** |
| 2,666,658 | **MISS EROTIC** |
| 2,096,819 | **MISS EXOTIC** |
| 2,037,202 | **MISS NUDE INTERNATIONAL** |
| 85/431,760 | **THE WORLDS PAGEANTS** |
| 78/113,009 | **MISS EXOTIC DANCER** |
| 78/109,627 | **MISS NUDE EXOTIC** |

TRADEMARK
RECORDED: 12/13/2012                REEL: 004918 FRAME: 0563

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous On List**    **Next On List**    **Return to List**

Events    No Name History

Entity Name Search
( Search )

# Detail by Entity Name

## Florida Profit Corporation

R & D PROMOTIONS, INC.

## Filing Information

| | |
|---|---|
| Document Number | P00000112629 |
| FEI/EIN Number | 651070494 |
| Date Filed | 12/04/2000 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/16/2005 |
| Event Effective Date | NONE |

## Principal Address

1473 HEATHER WAY
KISSIMMEE, FL 34744

Changed: 10/01/2004

## Mailing Address

1473 HEATHER WAY
KISSIMMEE, FL 34744

Changed: 10/01/2004

## Registered Agent Name & Address

CARDOSO, GRACINDA
1473 HEATHER WAY
KISSIMMEE, FL 34744

Name Changed: 10/01/2004

Address Changed: 10/01/2004

## Officer/Director Detail

Name & Address

Title PRES

CARDOSO, GRACINDA
1473 HEATHER WAY
KISSIMMEE, FL 34744

*EXHIBIT #9*

# AQUILLA PATENTS & MARKS PLLC

221 COE HILL ROAD, CENTER HARBOR, NEW HAMPSHIRE 03226 UNITED STATES OF AMERICA

THOMAS TRACY AQUILLA, PHD, JD
U.S. PATENT ATTORNEY REG. NO. 43473
NEW HAMPSHIRE BAR ID. NO. 18693
NEW YORK ATTORNEY REG. NO. 3892627

| | |
|---|---|
| TELEPHONE: | (603) 253-9474 |
| FACSIMILE: | (603) 253-9476 |
| E-MAIL: | INFO@AQUILLAPATENTS.COM |



**BY E-MAIL and U.S. REGISTERED MAIL**

J. Benton Stewart
Stewart Law PLLC
730 South Sterling Avenue, Suite 304
Tampa, FL 33609

**Re:**    **"MISS G-STRING INTERNATIONAL"**
        **Our Docket No.:  RDP-00701L**

Dear Mr. Stewart:

My firm represents R&D Promotions, Inc. in connection with its intellectual property legal matters. ███████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████ ███████ " ███████████████████████████████ Our clients, R&D and its predecessors-in-interest, have used the Marks world-wide and in interstate commerce for many years in connection with their well-known pageants and competitions in the adult entertainment industry. Our client's Mark "MISS NUDE INTERNATONAL" has been registered since 1997 and is incontestable under Section 15 of the Lanham Act.

Your client's use of the name "MISS G-STRING INTERNATIONAL" in connection with adult entertainment events has come to our attention. More particularly, it has come to our attention that your clients are planning to hold an event entitled "MISS G-STRING INTERNATIONAL" at Paradise Lakes Resort on Thursday, October 1 to Saturday, October 3, 2009.

This letter is a demand to cease all use of this name and any variations thereof.

R&D objects to the use of any marks, titles or any similar designations, which infringe upon its marks, particularly those that include the word "MISS" together with the word "INTERNATIONAL" for pageants or competitions in the adult entertainment industry. R&D also reserves the right to object to any Infringing Mark that does not make use of that particular combination of words. In this regard, please note that our client holds extensive trademark rights in hundreds of related marks.

*EXHIBIT #10*

AQUILLA PATENTS & MARKS PLLC

RDP-00701L
May 13, 2009
Page 2 of 3

We note that the name your clients are using is very similar and, in fact, wholly subsumes R&D's registered mark. We are concerned about the great potential for confusion between the marks. Because your clients are using the name for adult entertainment services, your clients' name is likely to induce mistake or deception in people familiar with our client's marks.

Any use of, or intention to use, the mark, name or title "MISS G-STRING INTERNATIONAL", or any other designation similar to any of our client's Marks (collectively "Infringing Marks") for adult entertainment services constitutes trademark infringement of our clients marks, in violation of Section 32 of the Lanham Act. Furthermore, any such use of the Marks constitutes unfair competition and falsely suggests, in violation of Section 43(a) of the Lanham Act, that our client has sponsored, authorized or is otherwise connected with your client's company and/or its services.

Violations of these laws entitle our client to injunctive relief, monetary recovery of your client's profits and of our client's actual loses, and punitive damages, as well as recovery of attorney's fees and court costs. In any action taken on behalf of our client, we would seek such remedies. You should be aware that that in numerous legal actions brought to enforce our client's trademark rights, we have successfully opposed improper use of its Marks.

R&D therefore demands that your clients immediately (i) cease and desist any and all use of the Infringing Marks, including but not limited to the name or title "MISS G-STRING INTERNATIONAL" and any other similar designations; and (ii) agree to refrain from any future use of the Infringing Marks.

We further demand that you forward to us immediately written assurances that your clients have complied with the foregoing and will not illegally interfere with our client's business. If you fail to comply with these demands, then our client intends to take all actions deemed necessary to protect its rights.

In addition, we suggest that you notify all others unknown to us, who may be participating in your client's use of the Infringing Marks, such as the owners of the venues for and the sponsors of any competitions involving use of the Marks, of the matters set forth herein. They should be put on notice that they risk liability as contributory infringers, if they continue to use or join with your clients in such use.

I write this letter in the hopes of resolving this matter amicably and through cooperative means, and urge you to persuade your clients to select a different name for the scheduled event. There are many names available that would not infringe our client's registered trademarks, such as "Miss Paradise Lakes" or some variation thereof. However, your prompt response and compliance are required, if legal proceedings are to be avoided. Unless we hear from you shortly, we will assume that further action is necessary.

AQUILLA PATENTS & MARKS PLLC

RDP-00701L
May 13, 2009
Page 3 of 3

       Please contact me at your earliest opportunity to discuss this matter.

                  Sincerely,

                  Thomas T. Aquilla, Esq.

TTA/ema
Enclosure:  Certificate of Registration No. 2,037,202; Abstract of Title
cc:  Paradise Lakes Resort; R&D Promotions, Inc.; The Worlds Pageants, LLC

**Previous On List**     **Next On List**     **Return to List**

**Events**     **No Name History**

Entity Name Search

( Search )

# Detail by Entity Name

## Florida Limited Liability Company

THE WORLDS PAGEANTS, LLC

## Filing Information

| | |
|---|---|
| Document Number | L09000043609 |
| FEI/EIN Number | N/A |
| Date Filed | 05/05/2009 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/27/2013 |
| Event Effective Date | NONE |

## Principal Address

1473 HEATHER WAY
KISSIMMEE, FL 34744

Changed: 05/01/2012

## Mailing Address

1473 HEATHER WAY
KISSIMMEE, FL 34744

Changed: 05/01/2012

## Registered Agent Name & Address

CARDOSO, GRACINDA
1473 HEATHER WAY
KISSIMMEE, FL 34744

Name Changed: 09/26/2011

Address Changed: 05/01/2012

## Authorized Person(s) Detail

Name & Address

Title MGR

CARDOSO, GRACINDA
1473 HEATHER WAY
KISSIMMEE, FL 34744

*EXHIBIT # 11*

# 2011 LIMITED LIABILITY COMPANY REINSTATEMENT

**FILED**
**Sep 26, 2011**
**Secretary of State**

DOCUMENT# L09000043609

**Entity Name:** THE WORLDS PAGEANTS, LLC

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|
| 1005 MABBETTE STREET<br>KISSIMMEE, FL  34741   US | |

| Current Mailing Address: | New Mailing Address: |
|---|---|
| 1005 MABBETTE STREET<br>KISSIMMEE, FL  34741   US | |

FEI Number:          FEI Number Applied For ( )       ▓▓▓▓▓▓▓▓▓▓▓▓       Certificate of Status Desired ( )

| Name and Address of Current Registered Agent: | Name and Address of New Registered Agent: |
|---|---|
| CORPORATION SERVICE COMPANY<br>1201 HAYS STREET<br>TALLAHASSEE, FL  32301   US | CARDOSO, GRACINDA<br>1005 MABBETTE STREET<br>KISSIMMEE, FL  34741    US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  GRACINDA CARDOSO                                                              09/26/2011

Electronic Signature of Registered Agent                                                 Date

**MANAGING MEMBERS/MANAGERS:**

Address:      ▓▓▓▓▓▓ 1005 MABBETTE STREET
City-St-Zip:  KISSIMMEE, FL  34741 US

Title:        MGR
Name:         CARDOSO, GRACINDA
Address:      1005 MABBETTE STREET
City-St-Zip:  KISSIMMEE, FL  34741 US

*EXHIBIT #12*

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  GRACINDA CARDOSO                          MGR                09/26/2011

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

Gracinda Bento Cardoso, 6/18/13

19

1          I hate using that word, being I think that's

2     degrading, but that's the only word that people

3     comprehend.   I'm in the adult entertainment

4     business.   That's what I do.   That's my business.

5  Q.  Are you the sole owner of these -- of this

6     business?

7  A.  No, I'm not the sole owner.

8  Q.  Who else owns the business?

9  A.  John Witges.

10  Q.  Is he related to you?

11  A.  Nope.   He's my business partner and my best friend.

12  Q.  What is his position in the company?

13  A.  None.

14  Q.  He's an owner but not --

15  A.  He -- he's my backer.

16  Q.  Does the name Robin Fox mean anything to you?

17  A.  Yes.   One of my strippers.

18  Q.  But she's not involved in the business, other than

19     being a stripper; is that right?

20  A.  No.   She was one of my title holders, that's it.

21  Q.  I noticed in some of the registrations on file in

22     the trademark, in the PTO office, that there are a

23     number of nunc pro tunc assignments.   Does that --

EXHIBIT # 13
PAGE 19, LINES 5-15

EXHIBIT # 14

# Corporation Division

Search
• By Business Name
• By Business ID
• By Registered Agent
  Annual Report
• File Online
  Guidelines
• Name Availability
• Name Appeal Process

## Filed Documents

Date: 7/8/2015   (Annual REPORT ℭ History, View Images, etc.)

## BUSINESS ℭ Name History

| Name | Name Type |
|---|---|
| The Worlds Pageants LLC | Legal |

## LIMITED LIABILITY COMPANY ℭ - Domestic - Information

**Business ID:** 664906

**Status:** Dissolved

**Entity Creation Date:** 1/23/2012

**PRINCIPAL ℭ Office ADDRESS ℭ:** 1473 Heather Way
Kissimmee FL 34744

**Principal Mailing Address:** No Address

**Last Annual Report Filed Date:**

**Last Annual Report Filed:** 0

## REGISTERED ℭ Agent

**Agent Name:** Aquilla, Thomas T

**Office Address:** Aquilla Patents & Marks PLLC
221 Coe Hill Rd
Center Harbor NH 03226

**Mailing Address:**

**Important Note: The status reflected for each entity on this website only refers to the status of the entity's filing requirements with this office. It does not necessarily reflect the disciplinary status of the entity with any state agency. Requests for disciplinary information should be directed to agencies with licensing or other regulatory authority over the entity.**

Date Filed: 01/23/2012
Business ID: 664906
William M. Gardner
Secretary of State

# State of New Hampshire

Filing fee:            $50.00
Fee for Form SRA: $50.00
Total fees          $100.00
Use black print or type.
**Form must be single-sided, on 8½" x 11" paper;
double sided copies will not be accepted.**

Form LLC-1
RSA 304-C:12

## CERTIFICATE OF FORMATION
## NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, UNDER THE NEW HAMPSHIRE LIMITED LIABILITY COMPANY LAWS
SUBMITS THE FOLLOWING CERTIFICATE OF FORMATION:

FIRST:  The name of the limited liability company is THE WORLDS PAGEANTS LLC

SECOND:  The nature of the primary business or purposes are promoting and conducting beauty pageants and talent contests, publishing magazines and videos

THIRD:  The name of the limited liability company's registered agent is

Thomas T. Aquilla

and the **street address**, town/city (including zip code and post office box, if any) of its registered office is
(agent's business address) Aquilla Patents & Marks PLLC, 221 Coe Hill Road, Center Harbor NH 03226

FOURTH:  The latest date on which the limited liability company is to dissolve is _____perpetual_____.

FIFTH:  The management of the limited liability company ___is  ❖___ vested in a manager or managers.

SIXTH:  The sale or offer for sale of any ownership interests in this business will comply with the
requirements of the New Hampshire Uniform Securities Act (RSA 421-B).

*Signature _____

Print or type name:            Gracinda Cardoso

Title: _____Manager❖_____
(Enter "manager" or "member")

Date signed: _____September 26, 2011_____

*Must be signed by a **manager**; if no manager, must be signed by a **member**.

DI                          State of New Hampshire                     ion become public records and will be
av:              Form LLC 1 - Certificate of Formation 2 Page(s)        'orm.

M:                                                                      SRA to:  Corporate Division, Department
of

T1202405038

5/07
LLC-1 V-1.0

# Form SRA – Addendum to Business Organization and Registration Forms
## Statement of Compliance with New Hampshire Securities Laws

**Part I – Business Identification and Contact Information**

Business Name:  THE WORLDS PAGEANTS LLC

Business Address (include city, state, zip):  1473 Heather Way, Kissimmee FL 34744

Telephone Number:  (954) 818-6465    E-mail:  missnudeexotic@yahoo.com

Contact Person: Gracinda Cardoso, Manager

Contact Person Address (if different):

**Part II – Check *ONE* of the following items in Part II. If more than one item is checked, the form will be rejected.**
*[PLEASE NOTE:* Most small businesses registering in New Hampshire qualify for the exemption in Part II, Item 1 below. *However,* you must insure that your business meets all of the requirements spelled out in A), B), and C)]:

1. ☑  Ownership interests in this business are exempt from the registration requirements of the state of New Hampshire because the business meets *ALL* of the following three requirements:
   A) This business has *10 or fewer owners*; and
   B) Advertising *relating to the sale of ownership interests* has not been circulated; and
   C) Sales of ownership interests – if any – will be *completed within 60 days* of the formation of this business.

2. ◯  This business will offer securities in New Hampshire under another exemption from registration or will notice file for federal covered securities. Enter the citation for the exemption or notice filing claimed -

3. ◯  This business has registered or will register its securities for sale in New Hampshire. Enter the date the registration statement was or will be filed with the Bureau of Securities Regulation -

4. ◯  This business was formed in a state other than New Hampshire and will not offer or sell securities in New Hampshire.

**Part III – Check *ONE* of the following items in Part III:**

1. ◯  This business *is not being* formed in New Hampshire.

2. ✔  This business *is* being formed in New Hampshire and the registration document states that any sale or offer for sale of ownership interests in the business will comply with the requirements of the New Hampshire Uniform Securities Act.

**Part IV – Certification of Accuracy**

(NOTE: The information in Part IV must be certified by: 1) all of the incorporators of a corporation to be formed; or 2) an executive officer of an existing corporation; or 3) all of the general partners or intended general partners of a limited partnership; or 4) one or more authorized members or managers of a limited liability company; or 5) one or more authorized partners of a registered limited liability partnership or foreign registered limited liability partnership.)

I (We) certify that the information provided in this form is true and complete. (Original signatures *only*)

Name (print):  Gracinda Cardoso    Signature:

Date signed:  11/21/2011

Name (print):    Signature:

Date signed:

Name (print):    Signature:

Date signed:

Rev. 3/08

STATE OF NEW HAMPSHIRE

Filing fee: $35.00
Use black print or type.
Leave 1" margins both sides.
Form must be single-sided, on 8 1/2 x 11" paper, and have a one inch
margin on both sides. Double sided copies will not be accepted.

Filed
Date Filed 09/28/2012
Business ID 664906
William M Gardner
Secretary of State

Form N
RSA 304-C:59

## CERTIFICATE OF CANCELLATION
## OF NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, UNDER THE NEW HAMPSHIRE LIMITED LIABILITY COMPANY LAWS
SUBMITS THE FOLLOWING CERTIFICATE OF CANCELLATION:

FIRST:  The name of the Limited Liability Company is:

THE WORLDS PAGEANTS LLC

SECOND:  The reason(s) for filing a certificate of cancellation are:

DISSOLUTION OF LLC, FORMATION OF NEW CORPORATION

THIRD:  The future effective date (within 90 days of filing date) of the
certificate of cancellation if it is **not** to be effective upon filing:

Dated September 19          2012

Signature: *
Print or Type Name: Gracinda Cardoso
Title:                Manager

* MUST BE SIGNED BY               PANY HAS A
MANAGER, IF NO MANA               limited
liability company i               or other
court appointed fic               must be
signed by that fidu

State of New Hampshire
Form LLC 7 - Certificate of Cancellation 1 Page(s)



T1227505023

3/05
CD LLC 7 V-1.0

EXHIBIT # 15

EXHIBIT # 16

## NH Corporation Division

Search
* By Business Name
* By Business ID
* By Registered Agent Annual Report
* File Online Guidelines
* Name Availability
* Name Appeal Process

## Filed Documents

Date: 7/8/2015    (Annual REPORT ↻ History, View Images, etc.)

### BUSINESS ↻ Name History

| Name | Name Type |
|---|---|
| Camila Productions Ltd | Legal |

### Corporation - Domestic - Information

**Business ID:** 678408

**STATUS ↻** Not In Good Standing

**Entity Creation Date:** 9/19/2012

**State of Business.:** NH

**PRINCIPAL ↻ Office ADDRESS ↻:** 328 Daniel Webster Hwy Ste L2
Meredith NH 03253

**Principal Mailing Address:** No Address

**Last Annual Report Filed Date:** 4/1/2015 7:39:03 PM

**Last Annual Report Filed:** 2014

### REGISTERED ↻ Agent

**Agent Name:** Aquilla, Thomas T

**Office Address:** Aquilla Patents & Marks PLLC
221 Coe Hill Rd
Center Harbor NH 03226

**Mailing Address:**

**Important Note:** The status reflected for each entity on this website only refers to the status of the entity's filing requirements with this office. It does not necessarily reflect the disciplinary status of the entity with any state agency. Requests for disciplinary information should be directed to agencies with licensing or other regulatory authority over the entity.

# State of New Hampshire
# 2013 ANNUAL REPORT

The following information shall be given as of January 1
preceeding the due date Pursuant to RSA 293-A:16.22.

### REPORT DUE BY April 1, 2013

ANNUAL REPORTS RECEIVED AFTER THE DUE DATE
WILL BE ASSESSED A LATE FEE.

**Filed**

Date Filed: 04/09/2013

Business ID: 678408

William M. Gardner

Secretary of State

---

CAMILA PRODUCTIONS LTD

**328 DANIEL WEBSTER HWY STE L2**
**MEREDITH, NH 03253**

| | |
|---|---|
| ENTITY TYPE: | CORPORATION |
| BUSINESS ID: | 678408 |
| STATE OF DOMICILE: | NEW HAMPSHIRE |
| SUBCHAPTER S | |

**ADDRESS OF PRINCIPAL OFFICE:**

**328 DANIEL WEBSTER HWY STE L2**

**MEREDITH, NH 03253**

**REGISTERED AGENT AND OFFICE:**

**AQUILLA, THOMAS T**

**AQUILLA PATENTS & MARKS PLLC, 221 COE HILL**

**CENTER HARBOR, NH 03226**

---

**2**  If changing the mailing or principal office address, please check the appropriate box and fill in the necessary information.

☐ The new mailing address
☐ The new principal office address

PO Box is acceptable.

---

**3**

| OFFICERS | | BOARD OF DIRECTORS | |
|---|---|---|---|
| NAME AND BUSINESS ADDRESS (P.O. BOX ACCEPTABLE). **A** | | NAME AND BUSINESS ADDRESS (P.O. BOX ACCEPTABLE). **B** | |
| (MUST LIST AT LEAST ONE OFFICER BELOW) | | (MUST LIST AT LEAST ONE DIRECTOR BELOW) | |
| PRES. | Gracinda Cardoso | DIR. | Gracinda Cardoso |
| STREET | 328 Daniel Webster Hwy, Suite L2 | STREET | 328 Daniel Webster Hwy, Suite L2 |
| CITY STATE/ZIP | Meredith NH 03253 | CITY STATE/ZIP | Meredith NH 03253 |
| NAME | | NAME | |
| STREET | | STREET | |
| CITY STATE/ZIP | | CITY STATE/ZIP | |
| NAME | | NAME | |
| STREET | | STREET | |
| CITY STATE/ZIP | | CITY STATE/ZIP | |
| NAME | | NAME | |
| STREET | | STREET | |
| CITY STATE/ZIP | | CITY STATE/ZIP | |

NAMES AND ADDRESSES OF ADDITIONAL OFFICERS AND DIRECTORS ARE ATTACHED

---

**4**

To be signed by an officer, director, or any other person authorized by the board of directors.
I, the undersigned, do hereby certify that the statements on this report are true to the best of my information, knowledge and belief.

**Sign here:** Thomas Aquilla

**Please print name and title of signer:** Thomas Aquilla / **AUTHORIZED PARTY**

NAME — TITLE

---

FEE DUE: **$150.00**     E-MAIL ADDRESS (OPTIONAL)

067840820131505

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A
PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE
REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED

MAKE CHECK PAYABLE TO SECRETARY OF STATE
RETURN COMPLETED REPORT AND PAYMENT TO:
New Hampshire Department of State, Annual Reports, 107 N. Main St., Room 204, Concord, NH 03301

I#: 2005125643 BK: 14223  PG: 1429, 04/05/2005 at 03:28 PM, RECORDING 2    KEN
BURKE, CLERK OF COURT PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKPR07

MALCOM THOMPSON OSCEOLA COUNTY, DATE 08/26/2011 02:12:55 PM
FILE # 2011118634 BK 04169 Pgs 1325 - 1326; (2pgs)REC FEES 18.50

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

BRIAN BELL,

        Plaintiff,

vs.

R&D PROMOTIONS, INC., a
Florida corporation and
GRACINDA B. CARDOSO,

        Defendants.

_____/

UCN:  522004CA007512XXCICI
REF NO.:  04-7512-CI-11

**FILED**
St. Petersburg Branch
2005 APR -1 PM 2:19
CLERK

## **FINAL JUDGMENT ON DEFAULT**

THIS CAUSE coming on to be heard upon Plaintiff's Motion for Enforcement of
Settlement Agreement and Entry of Judgment on Default and this Court having
examined the pleadings and affidavits in this cause and being otherwise fully advised in
the premises, and the Court finds in favor of the Plaintiff and against the Defendants,
and finds that the Plaintiff is entitled to recovery of damages and prejudgment interest,
together with attorney's fees and court costs, and that a reasonable number of hours
expended by the Plaintiff's attorneys in enforcement of stipulation and application for
judgment under the Settlement Agreement is 2.0 hours and that a reasonable hourly
rate for Plaintiff's attorneys is $200.00 per hour for Ronald W. Gregory, II, and that,
therefore, a reasonable attorney's fee for Plaintiff's attorneys herein is $400.00; it is
thereupon

        ORDERED AND ADJUDGED, as follows:

1.    That Plaintiff, BRIAN BELL, whose address is 696 First Avenue North, Suite 400,
St. Petersburg, FL 33701, shall recover of and from Defendants, R&D PROMOTIONS,
INC. and GRACINDA B. CARDOSO, the following sums:   *EXHIBIT # 17*

| | |
|---|---|
| Principal Indebtedness under Settlement Agreement | $ 24,485.34 |
| Interest January 7, through March 23, 2005 | |
| (75 Days at 18% under Settlement Agreement) | $    905.62 |
| Attorney's Fees | $    400.00 |
| TOTAL | **$ 25,790.96** |

all of which sums shall bear interest at the rate of 7% per annum until the judgment

is paid, as the rate set by the Florida Comptroller pursuant to § 55.03, FOR ALL OF

WHICH SUMS LET EXECUTION ISSUE.

2.      IT IS FURTHER ORDERED AND ADJUDGED that the judgment debtor(s)

shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact

Information Sheet), including all required attachments, and serve it on the judgment

creditor's attorney, or the judgment creditor if the judgment creditor is not

represented by an attorney, within 45 days from the date Plaintiff serves the Fact

Information Sheet, unless the final judgment is satisfied or post-judgment discovery is

stayed.

3.      Jurisdiction of this case is retained to enter further orders that are

proper to compel the judgment debtor(s) to complete form 1.977, including all required

attachments, and serve it on the judgment creditor's attorney or the judgment creditor

if the judgment creditor is not represented by an attorney.

DONE AND ORDERED in Chambers, at St. Petersburg, Pinellas County,

Florida, this 1 day of _____ 2005.

The Honorable Walt Logan
Judge of the Circuit Court
Pinellas County, Florida

**Copies Furnished To:**

Ronald W. Gregory, II, Esq.
Attorney for Plaintiff
P. O. Box 1954
St. Petersburg, FL 33731-1954

R&D PROMOTIONS, INC. c/o Gracinda B. Cardoso
1005 Mabbette Street, Kissimmee, FL 34741-5159
Defendant/ Judgment Debtor

Brian Bell
696 First Avenue North, Suite 400
St. Petersburg, FL 33701
Plaintiff/Judgment Creditor

GRACINDA B. CARDOSO
1005 Mabbette Street, Kissimmee, FL 34741-5159
Defendant/ Judgment Debtor

2

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | JUDGMENT |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| R&D PROMOTIONS, INC. | | 09/22/2011 | CORPORATION: |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | WILLIAM EADIE |
| Street Address: | 1420 SUNNINGDALE LANE |
| City: | ORMOND BEACH |
| State/Country: | FLORIDA |
| Postal Code: | 32174 |
| Entity Type: | INDIVIDUAL: UNITED STATES |

**PROPERTY NUMBERS** Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2037202 | MISS NUDE INTERNATIONAL |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (386)492-6443 |
| Phone: | (386) 492-6443 |
| Email: | ssp0607@aol.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent
via US Mail.*

| | |
|---|---|
| Correspondent Name: | WILLIAM EADIE |
| Address Line 1: | 1420 SUNNINGDALE LANE |
| Address Line 4: | ORMOND BEACH, FLORIDA 32174 |

| NAME OF SUBMITTER: | WILLIAM EADIE |
|---|---|
| Signature: | /WILLIAM EADIE/ |
| Date: | 09/22/2011 |

*EXHIBIT # 18*

Total Attachments: 11

**900202715**

OP $40.00 2037202

**TRADEMARK
REEL: 004627 FRAME: 0508**

**TRADEMARK ASSIGNMENT**

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | JUDGMENT |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| R&D PROMOTIONS, INC. | | 09/23/2011 | CORPORATION: FLORIDA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | WILLIAM EADIE |
| Street Address: | 1420 SUNNINGDALE LANE |
| City: | ORMOND BEACH |
| State/Country: | FLORIDA |
| Postal Code: | 32174 |
| Entity Type: | INDIVIDUAL: UNITED STATES |

**PROPERTY NUMBERS** Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3039826 | MISS NUDE WORLD |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (386)492-6443 |
| Phone: | 386 492 6443 |
| Email: | ssp0607@aol.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Correspondent Name: | WILLIAM EADIE |
| Address Line 1: | 1420 SUNNINGDALE LANE |
| Address Line 4: | ORMOND BEACH, FLORIDA   32174 |

| NAME OF SUBMITTER: | WILLIAM EADIE |
|---|---|
| Signature: | /WILLIAM EADIE/ |
| Date: | 09/23/2011        *EXHIBIT # 19* |

Total Attachments: 11

900202903

**TRADEMARK**
**REEL: 004629 FRAME: 0425**

OP $40.00   3039826

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451

Baxley

Mailed:  June 21, 2012

Opposition No. **91200183**

The Worlds Pageants, LLC

v.

Miss G-String International
LLC

**Andrew P. Baxley, Interlocutory Attorney:**

In the above-captioned proceeding, The Worlds Pageants,

LLC ("opposer") opposes registration of Miss G-String

International LLC's ("applicant") mark MISS G-STRING

INTERNATIONAL and design in the following form,                    ,

for "[e]ntertainment services in the nature of conducting

beauty pageants and talent contests" in International Class

41.[1]  In the electronic cover sheet of the notice of

---

[1] Application Serial No. 77753000, filed June 5, 2009, and
alleging April 29, 2009 as the date of first use anywhere and the
date of first use in commerce.  The application includes a
disclaimer of the wording G-STRING INTERNATIONAL.  The
application includes the following description of the mark:  "The
mark consists of the stylized wording "MISS G-STRING
INTERNATIONAL" with the wording "G-STRING" in yellow gold. The
word "MISS" in white is above the word "G-STRING" and the work
"INTERNATIONAL" in white is below "G-STRING". All of the wording
is outlined in black.  All of the words are superimposed on a
woman's pink undergarment."  The application also includes a
statement that the colors white, yellow gold, pink and black are
claimed as a feature of the mark.

*EXHIBIT # 20*

notice that opposer's assignment documents are fraudulent is premature and will receive no consideration.[7]

Notwithstanding the foregoing, opposer's assignment documents, which opposer apparently intends to rely upon as evidence to establish that opposer has good chain of title to the pleaded registration, were prematurely filed during the discovery period, i.e., in advance of opposer's testimony period, and are therefore not properly before the Board.[8]  See TBMP Section 703.01(a).  In view thereof, applicant's motion to strike is granted to the limited extent that the copies of opposer's assignment documents that opposer filed with the Board on September 27, 2011 will receive no consideration.[9]

Regarding opposer's motion to strike, that motion was untimely filed more than twenty-five days after applicant's answer.  See TBMP Section 506.02 (3d ed. 2011).

---

[7] The Board notes that parties regularly record *nunc pro tunc* assignment documents with the USPTO.  Any determination regarding the alleged invalidity of opposer's assignment documents and/or the allegedly fraudulent execution and filing thereof would not be by way of judicial notice.  See TBMP Section 704.12 and cases cited therein regarding the types of information of which the Board will and will not take judicial notice.

[8] Opposer must make its assignment documents of record by introducing them into evidence through a testimony deposition during its testimony period.  See Trademark Rule 2.123.

[9] Opposer, however, is not precluded from seeking to properly make those documents of record during its testimony period.